**Attorney/Client**



From: **Kate Law** <katelaw@boisestate.edu>
Date: Wed, Dec 7, 2022 at 2:37 PM
Subject: Hearing Packet
To: <brookedudley1122@gmail.com>
Cc: <jeremiah@fisherhudson.com>


Hi Brooke,

 As requested, I am providing the packet as a downloadable file.

Kate

--
**KATE LAW ( she / her / hers )**
**Assistant Dean of Students**
**Office of the Dean of Students** Boise State University

**Phone:** (208) 426-1527
**Email:** katelaw@boisestate.edu
**Mail:** 1910 University Drive, Boise, ID 83725-1030
**Location:** Campus School Building, Suite 120
**Web:** www.boisestate.edu/deanofstudents/



--
**KATE LAW ( she / her / hers )**
**Assistant Dean of Students**
**Office of the Dean of Students** Boise State University

**Phone:** (208) 426-1527
**Email:** katelaw@boisestate.edu
**Mail:** 1910 University Drive, Boise, ID 83725-1030
**Location:** Campus School Building, Suite 120
**Web:** www.boisestate.edu/deanofstudents/



These records are protected by the Family Educational Rights and Privacy Act (FERPA) (20 U.S. C. § 1232g; 34 CFR Part 99). Records are provided under the exception to the Act found in Section 99.31.

These records must be maintained confidentially and may not be re-disclosed without expressed written consent from the Office of the Dean of Students.

They must be returned to the Office of the Dean of Students to be destroyed when your legitimate educational interest no longer exists.

Fall 2022 - Summer 2023 Academic Year

TO:     Participants in the Boise State University Student Conduct Process

RE:     Your Participation


Dear Participant,

Enclosed with this letter you will find a packet of information that will be reviewed and utilized as part of the University's Student Conduct Process. This information is shared with you, as either a Complainant, a Respondent, or as a member of the Student Conduct Process, to better assist you in preparing for your participation in the Conduct Hearing Board that has been scheduled.

The University recognizes that some participants in the process are not happy to be participating and do so reluctantly. Some participants may even feel that a review is entirely unnecessary. While some may hold these perceptions, the University does feel that a review of alleged inappropriate behavior through a Conduct Hearing Board is an important part of its educational processes to help maintain a safe, civil and respectful educational environment.

It is important that you treat the information contained within this packet with **respect** and **discretion**. As you have been provided with this information, you will be held accountable should the information be lost and/or shared with others inappropriately. At the conclusion of the conduct hearing, this packet will be collected and subsequently destroyed. If this packet has been delivered electronically, your access to these documents will be removed immediately following the Conduct Hearing Board.

The University has the expectation that all individuals involved in the Student Conduct Process may be able to do so free of harassing, intimidating or threatening behavior. Attempts by Complainants and/or Respondents to contact (either directly or indirectly), harass and/or intimidate one another or any witnesses who may be participating in the hearing (either in person or via written statements) will result in immediate action by the University, which may include immediate suspension from campus.  If you feel a need to contact any of these individuals prior to a conduct hearing, please first contact me (Jillian Krulac) to discuss the reasons why this contact may be necessary.

It is the hope of the University that all participants in the Student Conduct Process will do so in an honest, respectful and responsible manner, working to uphold the University's Statement of Shared Values. Please feel free to schedule a time to meet with me to gain a better understanding of what to expect during your hearing. Lastly, you are encouraged to read through the Student Code of Conduct prior to your scheduled Conduct Hearing Board, which can be found at: https://www.boisestate.edu/policy/student-affairs/code-of-conduct/.


Respectfully,

Jillian Krulac
Student Conduct Process Coordinator
Office of the Dean of Students

Office of the Dean
of Students

**FORMAL CONDUCT HEARING CHECKLIST**

1. **Call to Order**

2. **Confirmation/Verification**
   - Inform it is a **closed hearing**
     - Determination made by the Chairperson and/or Conduct Hearing Officer
       - The room is cleared of all spectators and witnesses
       - Witnesses are to remain available outside the room until excused
       - Confidentiality
       - Advisor(s) may remain in the room
       - Advisor Responsibilities (if any advisor is present)
       - Honesty Statement

3. **Introduction of All Parties Present** (for the record)
   - Everyone in the room for the conduct Hearing introduces themselves
   - Witnesses are identified as each is called to speak

4. **Challenge Any Member of the Conduct Body/Conduct Hearing Officer with Cause**
   - Both the Complainant and the Respondent are allowed this opportunity
   - The Chairperson and/or Conduct Hearing Officer of the conduct hearing shall decide on all objections

5. **Clarification of Charges**
   - State charges the Respondent has been charged with violating

6. **Plea**
   - Respondent to enter a plea of Responsible or Not Responsible for various charges

7. **Complainant's Presentation of Information**
   - Presentation of information (all information presented must be relevant to the hearing) --10 Minutes*
   - Questions by Conduct Board members or Conduct Hearing Officer
   - Questions by the Respondent
     - Any questions by Respondent must be directed to the Chairperson/Officer
     - Direct cross-questioning is not allowed
     - The discretion rests with the Chairperson on whether the question will be allowed
   - Any additional questions by Conduct Board members or Conduct Hearing Officer

8. **Respondent's Presentation of Information**
   - Presentation of information (all information presented must be relevant to the hearing) --10 Minutes*
   - Questions by Conduct Board members or Conduct Hearing Officer

*Additional time may be granted by the Chair of the Conduct Body should she/he deem it necessary.

Revised January 2018

- Questions by the Complainant
  - ➢ Any questions by Complainant must be directed to the Chairperson/Officer
  - ➢ Direct cross-questioning is not allowed
  - ➢ The discretion rests with the Chairperson on whether the question will be allowed
- Any additional questions by Conduct Board members or Conduct Hearing Officer

9. **Complainant's Presentation of Witness(es)**
- Presentation of information (all information presented must be relevant to the hearing) --5-10 Minutes*
- Questions by Conduct Board members or Conduct Hearing Officer
- Questions by the Complainant
- Questions by the Respondent
  - ➢ Any questions by Respondent must be directed to the Chairperson/Officer
  - ➢ Direct cross-questioning is not allowed
  - ➢ The discretion rests with the Chairperson on whether the question will be allowed
- Any additional questions by Conduct Board members or Conduct Hearing Officer

10. **Respondent's Presentation of Witness(es)**
- Presentation of information (all information presented must be relevant to the hearing) -- 5-10 Minutes*
- Questions by Conduct Board members or Conduct Hearing Officer
- Questions by the Complainant
- Questions by the Respondent
  - ➢ Any questions by Complainant must be directed to the Chairperson/Officer
  - ➢ Direct cross-questioning is not allowed
  - ➢ The discretion rests with the Chairperson on whether the question will be allowed
- Any additional questions by Conduct Board members or Conduct Hearing Officer

11. **Summation by Complainant – 5 Minutes**
- No new information may be presented during summation

12. **Summation by Respondent – 5 Minutes**
- No new information may be presented during summation

13. **Final Questions of Complainant or Respondent by Conduct Board Members or Conduct Hearing Officer**

14. **Adjournment and Deliberation**
- The Conduct Board or Conduct Hearing Officer will adjourn and go into deliberation
- The official decision will be emailed or made available in writing to the Respondent at the Office of the Student Rights and Responsibilities ten (10) University working days after completion of the hearing

*Additional time may be granted by the Chair of the Conduct Body should she/he deem it necessary.*

Revised January 2018



**BOISE STATE UNIVERSITY**

CONFIDENTIAL

November 17, 2022

Brooke Dudley
ID# ■■■■■■
BROOKEDUDLEY@u.boisestate.edu
IR: 00692-001-2022

Re: Notification of Incident and Pre-Hearing Meeting

Dear Brooke,

You are a valued member of our community. For this reason, we are concerned to have received documentation that a violation of the Boise State University Student Code of Conduct may have occurred and that you may have been involved. The information we received indicates that the following Student Code of Conduct section(s) may have been violated:

Section 4/AC. Violation of University Policy and/or Law

These allegations stem from an incident on April 12, 2022 in which it is alleged that  the Idaho Department of Health and Welfare (IDHW), through an investigation, concluded you accessed confidential client information within IDHW's database, reviewing information in files you had no authorization to view and in which you had no legitimate business interest. The date, time, and file ID of each viewing was recorded in IDHW's system and subsequently documented by IDHW's IT department. Accessing confidential information was found to be in violation of the School of Social Work's field requirements, the NASW Code of Ethics, the Student Professional Conduct and Professional Standards, and IDHW's expectations for employees and interns, and state and federal privacy laws, the result of which may violate the student code of conduct - specifically University Policy and or Law.

Due to the nature of the incident reported to our office, this incident will be referred to the Conduct Hearing Board for review. If the violations listed above are substantiated, there may be educational based sanctions issued ranging from a warning to expulsion from the university. A pre-hearing meeting has been reserved for you at the following time, date, and location:

Exhibit B 007

**November 29, 2022 9:00 AM**
**Campus School: Suite 120**

The purpose of this meeting, the pre-hearing, is to discuss your rights and responsibilities going through the Student Conduct Process. You will be given the chance to review all of the information available regarding this incident, ask any questions you have, and gain a better understanding of the Student Conduct Process and Conduct Hearing Board. As a member of our community, we care for you and may additionally discuss support resources with you during the meeting. If the above stated time does not work for you, please contact my office at 208-426-1537 to schedule another time to meet.

For more information regarding the Student Conduct Process, student rights and responsibilities, and potential violations of the code, please visit the Student Rights and Responsibilities homepage.

You may have one advisor present for any University Student Conduct Proceedings. The University has trained advisors that you may request to assist you through the Student Conduct Process; more information on duties of a Respondent Advisor and how to obtain an advisor can be found on our Respondent Advisor page.

**While we understand this letter may be challenging, please understand, no decision has yet been made regarding this situation. Your input is important to the process and thus I am hopeful that an open, honest discussion about this incident which may resolve it in a timely manner, both for you and the university.**

Information concerning the specific allegation(s) documented against you will be available at the pre-hearing meeting. For detailed information concerning the Student Conduct Code, please refer to https://policy.boisestate.edu/student-affairs/code-of-conduct/. You may also call (208) 426-1527 with any questions.

Respectfully,

Kate Law
Assistant Dean of Students
katelaw@boisestate.edu
Student Rights and Responsibilities

*To view this letter, file an appeal, or submit required sanction documents, please click the following link [password] to access your Student Conduct Portal. If you have accessed your portal before, please go to the log-in for Students.*

cc:
Student Conduct File

NOTE: This electronic version of notification will be the only copy you receive. If you wish to receive a print copy or view any materials submitted as part of the student conduct file, please contact the Office of the Dean of Students at (208) 426-1527.

Exhibit B 009



CONFIDENTIAL

*UPDATED TO CORRECT BOARD MEMBERS*


November 10, 2022

Brooke Dudley

BROOKEDUDLEY@u.boisestate.edu
IR: 00692-001-2022

Re: Notification of Formal Conduct Hearing

Dear Brooke,

This letter is to notify you that it has been alleged that you have violated the Student Code of Conduct during Spring 2022. Based on the information reported, you may have violated the following policies:

Section 4/AC. Violation of University Policy and/or Law

Specifically, the Idaho Department of Health and Welfare (IDHW), through an investigation, concluded you accessed confidential client information within IDHW's database, reviewing information in files you had no authorization to view and in which you had no legitimate business interest. The date, time, and file ID of each viewing was recorded in IDHW's system and subsequently documented by IDHW's IT department. Accessing confidential information was found to be in violation of the School of Social Work's field requirements, the NASW Code of Ethics, the Student Professional Conduct and Professional Standards, and IDHW's expectations for employees and interns, and state and federal privacy laws, the result of which may violate the student code of conduct - specifically University Policy and or Law.

A conduct hearing has been scheduled to review these charges that have been filed against you. Your conduct hearing will be held:

**Date: December 12, 2022**
**Location:  Office of the Dean of Students (Campus School Building, Suite 120)**
**Time: 1:00PM**
**Conduct Board Members: Christopher Hyer, Roger Munger, Katharine Hoehne, Kelsie Zak, Abby Smith**

You may have one advisor present for the hearing. The University has trained advisors you may request to assist you through the Student Code of Conduct process. More information on the duties of a Respondent Advisor and how to obtain an advisor can be found through the Respondent Advisor page on our website. Should you choose not to attend this Conduct Board Hearing, the Conduct Board will proceed with the hearing in your absence and a determination will be made without you presenting information at the hearing.

You may schedule a pre-hearing meeting to review the information supporting these allegations before the hearing. In accordance with University Policy #2020, Student Code of Conduct Section 6.2.c, a hearing information packet will be made available to you electronically three (3) University business days prior to the hearing. Please be aware that **any information you have pertaining to these allegations (such as a written statement, witness statements, witness lists, etc.) which you would like to have included in the hearing information packet for consideration by the Conduct Board must be submitted to the Office of the Dean of Students at least five (5) University business days prior to the hearing (no later than <span style="color:red">Monday, December 5, 2022 5PM MST</span>).**

You have been provided the names of the Conduct Board members so that if you choose, you may exercise your right to challenge a Conduct Board member for cause per the Student Code of Conduct at Section 6/C. This means that if you believe a Conduct Board member may be biased against you prior to the start of the Conduct Hearing, you may submit justification stating such belief of bias for my review as the Student Conduct Administrator. **You should not contact any of the above-named Conduct Board members prior to, or after, the scheduled Conduct Hearing**; doing so may result in additional charges against you for potentially violating the Student Code of Conduct at Section 4/B, Abuse of the Student Conduct Process.

Retaliation against any person for their participation in the Student Conduct Process is strictly prohibited and may result in additional charges against you for potentially violating the Student Code of Conduct at Section 4/B, Abuse of the Student Conduct Process. I strongly encourage you to familiarize yourself with the Student Code of Conduct using our Student Rights and Responsibilities website.

If you would like to schedule a pre-hearing meeting with me to discuss the Student Code of Conduct process and your rights and responsibilities under Policy #2020, please call my office at (208) 426-1527.


Respectfully,


Kate Law
Assistant Dean of Students
katelaw@boisestate.edu
Student Rights and Responsibilities

*To view this letter and any other information that may be relevant to this incident, please click the following link [password] to access your Student Conduct Portal.*

cc:
Student Conduct File

*NOTE: This electronic version of notification will be the only copy you receive. If you wish to receive a print copy or view any materials submitted as part of the student conduct file, please contact the Office of the Dean of Students at (208) 426-1527.*

Exhibit B 012



**BOISE STATE UNIVERSITY**

COLLEGE OF HEALTH SCIENCES
*School of Social Work*

Chelsey "Brooke" Dudley
Student ID ████

██████

November 2, 2022

Dear Chelsey Dudley,

The School of Social Work has been made aware of actionable events that occurred in the course of your Spring 2022 clinical internship for SOCWRK 481, Social Work Field Practicum II. Specifically, the Idaho Department of Health and Welfare (IDHW) has conveyed the results of an investigation establishing beyond doubt that you accessed confidential client information within IDHW's database, information in files you had no authorization to view and in which you had no legitimate business interest. The date, time, and file ID of each viewing was recorded in IDHW's system and subsequently documented by IDHW's IT department. These acts could not have been accidental, and I am aware that you were notified of IDHW's having discovered and documented your conduct of improperly accessing this client information

Each incident of accessing such information was in violation of the School's field requirements, the NASW Code of Ethics, the Student Professional Conduct and Professional Standards, Boise State's Student Code of Conduct, IDHW's expectations for employees and interns, and state and federal privacy laws.

In light of these serious, intentional, and repeated violations, your grade for SOCWRK 481 will be changed from a passing grade of 'P' to a failing grade of 'F'. As a consequence of this grade change, you have not satisfied the graduation requirements for the BSW degree, rendering your transcript invalid. You will be contacted by the Office of the Registrar under separate cover regarding actions to be taken in consequence of this fact.

You may appeal this decision and action by following University Policy 3130, Grade Appeals. Additionally, the matter has been referred to the Office of the Dean of Students for possible discipline under University Policy 2020. You will be notified shortly by the Office of the Dean of Students as to any charges to be brought pursuant to Policy 2020 and the process related to those charges.

Sincerely,

Dr. Tony Roark
Interim Divisional Dean

Exhibit B 013



**BOISE STATE UNIVERSITY**
OFFICE OF THE REGISTRAR

Chelsey "Brooke" Dudley

███████████████

November 3, 2022

Dear Chelsey Dudley,

The Registrar's Office has received and processed a grade change from Dr. Tony Roark, Interim Divisional Dean, for SOCWRK 481, Social Work Field Practicum II. The grade has been changed from a passing grade of 'P' to failing grade of 'F'.

As a consequence of this change, you no longer satisfy the graduation requirements for a Bachelor of Arts in Social Work. Thus, your degree has been rescinded. Your transcript has been updated to reflect this. The diploma you received for your BA is no longer valid and should be destroyed. Please note, the Conflict Management Certificate you earned is still valid.

Any transcripts that were sent after your degree was posted will be resent with an updated copy. I have included an updated unofficial copy with this letter for your records.

Should you have any questions, please feel free to contact me.

Sincerely,

*Mandy Nelson*

Mandy Nelson
Registrar
208-426-1294
mandynelson@boisestate.edu

Exhibit B 014



## BOISE STATE UNIVERSITY

### OFFICE OF THE REGISTRAR

11/9/2022

NOV 10 2022

DOPL – Social Work
11341 W Chinden Blvd
Building 4, 1ˢᵗ Floor
Boise, ID 83714

Dear Recipient,

The degree status for this student has been updated and I am enclosing an updated Official Transcript for your review. Please review the transcript detail carefully.

Student Name:  Chelsey Dudley

Student ID: ████████

Boise State University official transcripts are printed on blue security paper with a certification.

All student transcripts are covered under the Privacy Act of 1974 and cannot be released without the specific written consent of the student.

If there are any questions or concerns regarding this matter, please contact us at (208) 426-4249.

Respectfully,

Boise State Transcript Production Team

1910 University Drive  Boise, Idaho 83725-1365
Phone (208) 426-4249    Fax (208) 426-3169    regmail@boisestate.edu    boisestate.edu/registrar

Exhibit B 015

# Incident Description and Timeline

Exhibit B 016

                     Tuesday, December 6, 2022 | 4:29 pm


## Incident

**IR#**
00692-001-2022

**Reported On**
November 2, 2022 1:02 PM

**Incident Type**
Conduct

**Date and Time of Incident**
April 12, 2022 12:00 PM

**Location of Incident**
Email - Telephone Communications

**Specific Location**
Text messages, computer systems

**Students Involve**
Dudley, Brooke () ▮▮▮▮▮

**Responding Staff**
School of Social Work, Office of the Dean of Students

**Was Resident Director (RD) called?**
No

**EMS Called**
No

**Was Campus Safety/Law Enforcement called?**
No

**Was alcohol Involved?**
No

**Were drugs involved?**
No

**Were weapons involved?**
No

**Select any that apply to Incident**
None

**Incident Description**
It was reported to the Office of the Dean of Students that while completing a field practicum at the Idaho Health and Welfare office for the Bachelor of Social Work program, Brooke Dudley inappropriately accessed confidential files regarding people she knew in her personal life. This information was first discovered by an unaffiliated individual (▮▮▮▮▮ after Brooke intimated via text messages that she knew private and sensitive information regarding ▮▮▮▮▮ family records with IDHW and Child Protective services. Some records specifically involve information about a minor (▮▮▮▮▮ child). Brooke and ▮▮▮▮▮ both have children with the same man (▮▮▮▮▮

▮▮▮▮▮ initiated a complaint with IDHW, The Division of Occupational and Professional License (DOPL), and Boise State University regarding the inappropriate access pf her private records. This spurred an investigation by the Office of the Dean of Students, and action from the School of Social Work. As the behavior occurred while Brooke was working as an intern to complete degree requirements, the School of Social Work retroactively changed her grade i SCWRK 481, Field Practicum II from a "P" (passing) to an "F" (failing) grade, which invalidated her degree. A copy of her new transcript which shows that she no longer satisfied the graduation requirements for the BSW program was sent to the DOPL. Each incident of accessing such information was in violation of the School's

Exhibit B 017

field requirements, the NASW Code of Ethics, the Student Professional Conduct and Professional Standards, Boise State's Student Code of Conduct, IDHW's expectations for employees and interns, and state and federal privacy laws.

## Administrative Action

**Charges**
Section 4AC. Violation of University Policy and/or Law

## Meeting Information

**Meeting Type**
Pre-Hearing

**Student**
Brooke Dudley ( - )

**Date/Time of Meeting**
November 29, 2022 9:00 AM

**Meeting Location**
Campus School: Suite 120

## Meeting Information

**Meeting Type**
Formal Hearing

**Student**
Brooke Dudley ( - )

**Date/Time of Meeting**
December 12, 2022 1:00 PM

**Meeting Location**
Office of the Dean of Students (Campus School Building, Suite 120)

**Summary of Complaint**

It was reported to the Office of the Dean of Students that while completing a field practicum at the Idaho Health and Welfare office for the Bachelor of Social Work program, Brooke Dudley inappropriately accessed confidential files regarding people she knew in her personal life. This information was first discovered by an unaffiliated individual (████████ after Brooke intimated via text messages that she knew private and sensitive information regarding ████████ family records with IDHW and Child Protective services. Some records specifically involve information about a minor (████████ child). Brooke and ████████ both have children with the same man (████

████████ initiated a complaint with IDHW, The Division of Occupational and Professional License (DOPL), and Boise State University regarding the inappropriate access of her private records. This spurred an investigation by IDHW and the Office of the Dean of Students, and action from the School of Social Work. As the behavior occurred while Brooke was working as an intern to complete degree requirements, the School of Social Work retroactively changed her grade in SCWRK 481, Field Practicum II from a "P" (passing) to an "F" (failing) grade.. Each incident of accessing the confidential information was in violation of the School's field requirements, the NASW Code of Ethics, the Student Professional Conduct and Professional Standards, Boise State's Student Code of Conduct, IDHW's expectations for employees and interns, and state and federal privacy laws.

**Individuals and Parties Involved**

- **Initial complainant**: ████████ References to "neighbor" in text messages allude to ████████ as she lives across the street from ████ (the father of her child and Brooke Dudley's child).
- **Respondent**: Chelsey "Brooke" Dudley. Graduated with BSW in Spring 2022. Degree conferred on May 7th, 2022.
- Ray Mullenax, Director of Field Education, Clinical Associate Professor for the School of Social Work at Boise State
- Mike Dixon Program Manager, Idaho Health and Welfare Division of Family and Community Services (IDHW) contact, mike.dixon@dhw.idaho.gov
- ████ On and off again-relationship status with ████████ who he shares a child with. Also shares children with Brooke Dudley.
- ████████ Ex-husband of ████████ No connection with Respondent. ████████ has two children with ████████
- Division of Occupational and Professional Licenses (DOPL)

**Summary of Text Messages**

- Brooke accused ████████ of having Sexually Transmitted Infections and brought up domestic violence records and reports to child protective services with ████████ (████████

Ex-husband) via tex to ███ (████ explains that they had a volatile relationship over phone with Kate Law)

- This comment Brooke makes to ███ via text indicates to ████ that Brooke has inappropriately accessed records while interning at IDHW, because she would not have known about her contacts with IDHW and details contained in IDHW's records any other way.
    - This may be the basis for Brooke threatening custody issues with ███ as referenced in texts from ████ to Mike Dixon.

- Brooke is pictured outside ███ house on 4/24/22 at 10:45pm, which seems through texts messages to last several hours.
    - Please reference texts that Brooke is sending to ███ during that time frame.
        - ███ identifies Brooke as being intoxicated while outside his house, in a car when she is threatening to remove sleeping children from his home.
- Following ████ complaint to IDHW, she communicates with Mike Dixon via text message who indicates to ████ that Brooke's conduct in accessing private records of people she knows in her personal life with no legitimate purpose through IDHW's electronic records, which she is provided in order to complete her internship is concerning and a **fireable offense**.
- Mike Dixon confirms that Brooke accessed ESPI records, which include names, addresses and child protection history and subsequent documentation.
- Brooke had access to domestic dispute records between ███ and ████ had as well as reports to Health and Welfare records concerning minors (████ daughter) because of her internship
- IDHW did not know Brooke accessed private records until after Brooke's internship was complete, and after Brooke graduated.
    - Had IDHW learned of this during the internship, they would have immediately terminated the internship.
    - Mike says to ████ that he will report this information to the Division of Occupational and Professional Licenses

**Additional information from phone conversation with ████ on 10/6/22**

- ███ had Brooke's child that night (4/24) because Brooke told him she needed to study.
- She said "fine we can be like ████ and her ex-husband".
    - Referring to potential domestic disputes recorded by IDHW.
- ████ didn't know what Brooke knew re her personal records of her and family, and it makes her nervous.
- ████ has blocked Brooke's phone number.
- Brooke knows that ████ has talked to Health and Welfare and BSU because she's been quiet on social media.
    - ████ called her out on social media.
- Used her internship to take advantage of personal issues she has in her life.
- "Dumbo Dude" is in reference to ████ son. (As shown in text messages between Brooke and ███

**Timeline of Events**

1. **January 10th - April 29th, 2022**: Brooke is enrolled in SOCWRK 481, Social Work Field Practicum II. Brooke passes this class.
2. **April 24th, 2022:** Brooke is outside ███ house and texting him about sensitive material. Refer to text messages.
3. **April 29th, 2022:** Mike Dixon from IDHW texts ████ about her complaint.
4. **May 2nd, 2022:** ████ provides Mr. Dixon the texts between Brooke and ███ that indicate she knows of private disputes between ████ and her ex-husband as well as CPS records regarding ████ daughter, a minor.
5. **May 2nd, 2022:** employees of IDHW begin investigating a potential report of confidentiality breach reported by ████ to Mr. Dixon. Staff identify Brooke as accessing ████ and ███ records. A list of the types of records are included in the [email string](#).
6. **May 7th, 2022:** Brooke completes the BSW program and graduates.
7. **June 29th, 2022:** IDHW sends a [letter](#) to ████ about how they followed up regarding her complaint. IDHW also sends a similar [letter](#) to ███ notifying him that his "family community service records were inappropriately accessed by a person at the department".
8. **June 30th, 2022:** Mr. Dixon leaves Brooke a voicemail "notifying her of the breach and potential ramifications to her licensure". Per information requested from IDHW regarding their investigation into ████ complaint, it is inferred in the IDHW's internal [email string](#), that the only records inappropriately accessed by Brooke were that of ████ and ███ who were then officially notified of the breach by IDHW. It also explains extra steps IDHW will be taking to further protect confidentiality with future interns.
9. **September 26th, 2022:** DOPL contacts ████ about the complaint regarding Brooke. DOPL ultimately decides they cannot take action against Brooke as "The Board only has authority over an individual's state-issued license, and they cannot enforce rules and regulations on someone who is not licensed". [Email string](#) included.
10. **September 27th, 2022:** Boise State's Office of Institutional Compliance and Ethics forwards a voicemail left by ████ to Dean Wuthrich. DOS begins to investigate.
11. **October 6th, 2022:** DOS notifies Dr. Tony Roark, the Interim Divisional Dean, of ████ complaint to the university.
12. **October 11th, 2022:** Dr. Roark reaches out to Mr. Dixon at IDHW. Mr. Dixon confirms in an [email](#) to Dr. Roark that Brooke "used our database which holds confidential, client information, to look up people she knows in her personal life. She presumably read information from past child protection cases on these individuals. *This would have been reason for immediately ending her internship.* We did not discover this until after her internship ended and have since taken steps to notify the IBOL". Mr. Dixon confirms it is an absolute certainty that Brooke accessed these records.

13. **November 2nd, 2022:** Dr. Roark notified Brooke via letter that her grade for SOCWRK 481 has changed from "P" (passing) to a failing grade.  As a result of the grade change, she "has not satisfied the graduation requirements for the BSW degree, rendering [her] your transcript invalid".

14. **November 3rd, 2022:** Brooke is sent a letter from Registrar, Mandy Nelson, explaining that since the grade had been changed, she no longer met the requirements for her degree and her degree has been "rescinded".

15. **November 9th, 2022:** DOPL is notified that Brooke's degree status "has been updated and I am enclosing an updated Official Transcript for your review" by the Boise State Transcript Production Team.

16. **November 10th, 2022:** Brooke is notified by the Office of the Dean of Students about a board hearing being scheduled to address potential code of conduct violations.

17. November 17th, 2022: IDHW provides documentation showing when Brooke accessed the confidential records ██████ and ████ (Heavily redacted for ██████ and ████ privacy).



**Standards of Behavior**

There are several professional standards that Brooke, as a BSW student, agreed to abide by:

1. The Student Professional Conduct and Professional Standards (via Boise State College of Health Sciences, School of Social Work).
   a. On 8/29/21, Brooke signed an acknowledgement of these standards
   b. They include standards around professionalism, privacy and confidentiality, and social media guidelines.
2. BSW Learning Agreement - completed when they start at an agency for field placement
3. National Association of Social Workers Code of Ethics
   a. Brooke signed and agreed to abide by this code of ethics

# Text Messages Referenced in Timeline

Exhibit B 024

9:04

Mike ›

iMessage
Fri, Apr 29, 4:45 PM

Hi ████, this is Mike with Health & Welfare. My email is ████████

Mon, May 2, 12:33 PM

You got until 10 to be free

Or not hahah byeee

Nope I'm going to bed don't feel great ████ said shes with you tomorrow?

That's too bad. She said my mom would watch her..

Well she just told me this like 20 mins ago. Better clarify with your mom.

You sure...

See you in 2

Goodnight

Love you, Thank you. I'm so happy to have you in my life

The bitch neghbor won't see for 10 min

Dude

K I'll just knock

Brooke I said no.

Ok, then you might as well give me my kids then since I'm already here. Thanks

Aww why, cus the second bitch you played was smart and moved on and fucked someone else per usual 💐

have been.

tell by how drank.

Second bitch? No I'm really not like that/ you.

Well maybe all go know on her door and ask if you are there

iMessage

9:04

30    MD    Mike

Well maybe all go know on her door and ask if you are there

Yepp bye

Harass and honk your horn and I'm calling the cops.

Go home.

Nah I'm at your girlfriends house now :)

I'll call them right now because I know you drank and have them look out for you. This is insane.

favor :)

Looks like you bought the other baby mama a four runner instead of me 🎉

Good job buddy glad you can provide for one of your children lol

You are keeping my children from me and it is court order to give them to me ▮▮▮ So answer your phone

Go home. Seriously. This is fucking ridiculous!

I'm not kidding

Do you think I

Talk like a grown up

I want my cl
pathetic

I'm calling the cops. Good luck.

Learn how to act like a NORMAL fucking human being!

Don't drink! Ever in your fucking life! EVER!

Do you think I care? I have done nothing wrong ▮▮▮ I guess you get pissed when someone else tries to play your games

You're disgusting.

I can't wait for the new shit to happen 😂 I'm glad you feel

I can't wait for the new shit to happen 😂 I'm glad you feel proud to drive two baby mamas out of your children's life ▮▮▮ I hope you find major help and change soon, for OUR children sake. Good lord. I'm a TERRIBLE mother for choosing YOU to be there father

Oh because it's a Sunday night and I'm exhausted don't feel well

iMessage

 

     

Exhibit B 026

9:05

30   MD   Mike

years 🤷 I guess we can be like her and her x husband 🤷 where they sit there and parent horrible, involve police and cps when not needed... and clearly a bunch of other shit that will be brought up in court

Keep acting like you do and you won't have a job at CPS. Because I KNOW you shouldn't.

Yea and your doing the same job, just like you did to her. Your such a POS dude.. and the fact you CANT even recognize that is sad. But then again, your whole life is sad.. don't expect much more from ya

Buh byee pathetic human being and father 👋

What's funny is your referring to ___ tonight like she has anything to do with your actions. You acted like this the second time we hungout!!

😂😂😂

You're so funny it's sad now

Say whatever you want. Many know the truth. I know the truth.

🤣🤣🤣

I feel sorry for you, ___ and dumbo dude

I've done you a favor by not calling the cops. This was the last one.

many times or by not is was the

You'll be doing me a favor

Next time I'll help you out then.

We all know you don't want the kids and that's exactly what that statement you just said meant.

Please do

YOU drive people to do what they do. I truly feel sorry for the human you are and for your children..

I don't drive anyone to do what they do. Our relationship has been the same for years. You KNOW that. I didn't force you to do shit. You're a big girl you can

All these dudes gotta be second on your list. You know it's not cool being a whore.

iMessage

Cash

9:05

MD

Mike ›

KNOW that. I didn't force you to do shit. You're a big girl you can

All these dudes gotta be second on your list. You know it's not cool being a whore.

100% you and I'm out ✌️

Makes no sense.

x 2 ✌️

Well you should know.. since That's your type. How many x's have fucked yours friends 😂

Guess the only thing your good at.. isn't even that good. Must feel shity ha

Today 12:44 AM

Also, I woul could respc and pay wh to. Tanks!

You take the only thing we've literally had and use it against me in every way possible. To con me, to get what you want, to start drama, to ruin my relationships. That's disgusting. I have never ONCE used sex in a way to hurt you or fuck up your relationships, or to manipulate you.

All I can say is, I hope you can figure out to enjoy your next 14 years buddy 😂 I have no words dude. Clearly all I wanted was sex from you.. just like that's the only thing I wanted from you in the last 10 years lol. That's the ONLY thing your capable of lol

No worries of course I found it

Have a ball!

would have someone around our children that would harm them. Yet it's perfectly normal for you to come to my house drunk at 11:30 at night, honking your horn, threatening me, threatening to take the kids home drunk, and threatening to go to [redacted] house and bang on the door and wake her up with children in her house at 11:30-12 at night? But IM the one that needs help!? You have to be the most manipulative, heartless, self centered, scary people I've ever met. You don't even realize how detrimental your actions are not only to our children but to yourself. People don't act like you drunk or sober when they are mad about something. You don't get your way and you will go to the extreme to hurt someone or get your way. I want nothing to do with it!

iMessage

9:05



MD

Mike

I will be tried to send an email but I'm struggling for some reason from my phone. This was last Sunday night. I attempted to number them in the order of the text messages just in case. The number seven is where she makes a comment about police and CPS reports with my ex-husband and I. ███ is our childrens father whom these messages were sent to.
His # is ███



iMessage

9:05

MD

Mike >

sent to.
His # is 

Mon, May 2, 1:57 PM

Thank you!

On Friday I wrote the children's
father's name is _____.
Was I mistaken?

iMessage

9:05

Mike

My ex-husband that I have two other children with is ▓▓▓▓▓ ▓▓▓▓.
Our children are ▓▓▓▓▓ and ▓▓▓▓▓.
That's who she is referring to in her message to ▓▓▓.

My youngest is ▓▓▓▓ (7) and his dad is ▓▓▓▓ ▓▓▓; Brooke Dudley has children with him.

Gotcha! Thanks for clarifying.

I know it's a cluster.

To be honest we had an incident about three weeks ago with ▓▓▓ and I attempted to give Brooke the benefit of the doubt... Until she started accusing me of having STDs, making remarks about me dealing with previous domestic violence, etc. which she would never know about as well.

I've asked ▓▓▓ to send me those

iMessage



9:05

MD

Mike >

I've asked  to send me those messages. Apparently he's reached out to a lawyer today. She's continually claiming to file with CPS and have his kids taken away etc. I honestly appreciate you looking into this. It has been an absolute nightmare dealing with her for the last nine years and the things I have witnessed and seen those kids go through are heartbreaking. And now I am being thrown into it, my personal life and my children's lives... I need it to stop.

What bothers me the most is knowing that somebody like this had access to anybody's information... Or could possibly find employment in a place that holds such sensitive information about peoples lives.

I told  I gave you his information just so you know.

Thanks again

iMessage

      

9:05



Add a Caption

Sunday • Apr 24, 2022 • 10:45 PM        Adjust

IMG_7357

| Apple iPhone 13 | HEIF |
| --- | --- |

Wide Camera — 26 mm ƒ1.6
12 MP • 3024 × 4032 • 1.7 MB

| ISO 2000 | 26 mm | -0.1 ev | ƒ1.6 | 1/5 s |

Add a location...

He also just sent me this to show the date and time that she was in our neighborhood parking outside the house, making these accusations just FYI. Since it went til past midnight.

Mon, May 2, 4:08 PM



iMessage

9:05

 30   MD   Mike ›

Thu, May 26, 9:28 AM

Hi Mike it's been a while so I just wanted to check back in

Fri, May 27, 8:37 AM

Hi ███████ what can I help you with?

I just wanted to check back in and see if anything was done or looked into in regards to Brooke.

Yes we addressed it. I cannot provide the details because personnel issues are confidential. Brooke currently does not have a role with our agency and therefore cannot access records. Thank you for letting us know about your concerns.

I don't expect details, but I do believe I have a right to know if my personal information was accessed by her what that looks like for somebody who does that.

iMessage

9:05


30

MD

Mike

I don't expect details, but I do believe I have a right to know if my personal information was accessed by her what that looks like for somebody who does that. It's a really big deal to me that people like her who are interning have access to peoples private information. And if somebody had access to mine I'd like to know how it was handled.

Fri, May 27, 10:20 AM

Sorry, had to go into an appointment.
I definitely get where you're coming from. In circumstances like this we would absolutely let that person go. Behavior like that is not tolerated at all. There would be a huge ethical concern for anyone working with us who accesses information on someone they know in their personal life. I will identify what further information I am able to tell you on our findings. Thanks!

iMessage

9:05



Mike ›

Text Message
Thu, Jun 30, 5:11 PM

Deposited a new message:
"Hi ████, This is Mike Dixon with the Department of Health and Welfare. I'm just following up with you from the, the concerns that you had spoken with me about, about someone Violating your privacy confidentiality and records with us. Uh just have an update for you and some information I wanted to provide to you. So I can be reached back at ▬▬▬▬▬▬▬. Thank you. Bye."
Click here: ▬▬▬▬▬▬▬ to listen to full voice message.

Not shown in Shared with You

iMessage
Thu, Jul 14, 9:02 AM

Good morning Mike. I received the letter in the mail in regards to how the situation was handled... But I would like to know if there's anyway I can receive what information of mine was

iMessage

9:06 

 30

MD

Mike ›

Thu, Jul 14, 9:02 AM

Good morning Mike. I received the letter in the mail in regards to how the situation was handled... But I would like to know if there's anyway I can receive what information of mine was personally accessed.
I've actually reached out to attorney in regards to this. I was told she's taking the test to be a licensed social worker today and has an interview on Friday... And since there are still issues with her, I want to make sure she has no ability to contact me, and I need to know what information she has on me and my children.

Hello, We do not have access to that information. All we are able to get is which systems she accessed and which clients she looked up. We don't have a way of know what she read or how deep into the information she went. She looked in our ESPI system which is our database where all names, address and

iMessage

9:06

30  MD

Mike >

Hello, We do not have access to that information. All we are able to get is which systems she accessed and which clients she looked up. We don't have a way of know what she read or how deep into the information she went. She looked in our ESPI system which is our database where all names, address and child protection history and documentation on cases is kept. (Our main system we use).
If I have your permission, I can look you up and tell you the address and phone number we have for you in the system. It's just not possible though to know if she looked at past history and any previous contact information.

She clearly knows my address already so I'm not concerned about her knowing that. I'm just incredibly confused how somebody can have an internship with you that can stay valid and she can apply for a job

iMessage

9:06

MD

Mike

She clearly knows my address already so I'm not concerned about her knowing that. I'm just incredibly confused how somebody can have an internship with you that can stay valid and she can apply for a job as a social worker after breaching peoples privacy like that. I just need to know what she's had access to in regards to my children. She goes through my social media, messages our child's father about it... I started getting harassed last night and she is the only person in the world who has a problem with me and it came down to remarks about my children. I obviously can't prove it's her when it's sent from an anonymous site. But based off of previous history that's why it's important for me to know what exactly she knows or has had access to. So basically sounds like anything that's been reported to health and welfare in regards to my children.

iMessage

9:06





Mike

that's been reported to health and welfare in regards to my children.
Hence why I've contacted my attorney.
To be honest I'm glad there are new security and privacy procedures or what not... But I think what she's done deserves more than a slap on the wrist when it comes to what she can do now. The fact that this person of all people knows information about my life and my children's lives... And I'm supposed to just be OK with it now. Doesn't sit well with me

For example my daughter was raped and it was reported to health and welfare because she had told a counselor before I found out. So my concern is not only that she has information on my ex and I and whatever happened but anything else that has been reported to health and welfare in regards to my minor children

iMessage

Exhibit B 040

9:06





Mike

We learned about this and verified it after her internship was over. We would have ended her internship immediately if it was during. One additional step I may not have mentioned is we will be taking is reporting to the bureau of occupational licenses. You do make a good point about her internship being valid. I will also follow up to see what we can report to the university.

Yes it's possible she has that. I'm very sorry this happened to you and your family. It's completely intolerable, unethical and quite disgraceful.

You can come in and make a records request to receive the information we have for you and your children. That way you will know what was possibly accessed.

Well I did not know that and I appreciate you telling me...
When comments in regards to

iMessage

9:06

30  MD  Mike

You can come in and make a records request to receive the information we have for you and your children. That way you will know what was possibly accessed.

Well I did not know that and I appreciate you telling me... When comments in regards to my daughter started to be made last night and nobody else has known that... Not even her own father. So I'm just sick to my stomach that there is a person walking around with incredibly private sensitive information and nothing has really happened to her for it.

Delivered

iMessage

10:07

Maybe: Brooke Dudley ›

Let me know when all them kids asleep 😜

You got until 10 to be free

Or not hahah byeee

Nope I'm going to bed don't feel great. ▮▮▮▮▮ said shes with you tomorrow?

That's too bad. She said my mom would watch her..

Well she just told me this like 20 mins ago. Better clarify with your mom.

You sure...

See you in 20 then

I'm sure.

iMessage

Exhibit B 043

10:08

Maybe: Brooke Dudley ›

Coo

Goodnight

Love you,
Thank you. I'm so happy to have you in my life

The bitch neghbor won't see for 10 min

Dude

K I'll just knock

Brooke I said no.

Ok, then you might as well give me my kids then since I'm already here. Thanks

They are asleep.. have been.

And I can literally tell by how you're acting you drank.

Well I just texted here. So we will see or all knock 🤷🏼‍♀️

iMessage

10:09

Well I just texted here. So we will see or all knock 🤷🏼‍♀️

Aww why, cus the second bitch you played was smart and moved on and fucked someone else per usual 🤷🏼‍♀️

Second bitch? No I'm really not like that/ you.

Well maybe all go know on her door and ask if you are there

Yepp bye

Harass and honk your horn and I'm calling the cops.

Go home.

Nah I'm at your girlfriends house now :)

I'll call them right now because I know you drank and have them look out for you. This is insane.

I haven't drank.. so go a head

iMessage

10:09

Maybe: Brooke Dudley

I haven't drank.. so go a head and call ▮▮▮▮. That would be a favor :)

Looks like you bought the other baby mama a four runner instead of me 🎉

Good job buddy glad you can provide for one of your children lol

You are keeping my children from me and it is court order to give them to me ▮▮. So answer your phone

Go home. Seriously. This is fucking ridiculous!

I'm not kidding

Do you think I care?! 😂

I want my children. You are pathetic

Well I guess I'll ring the door bell now to get my kids since you can't answer

iMessage

10:10

Maybe: Brooke Dudley

how to get my kids since you can't answer

Talk like a grown up

I'm calling the cops. Good luck.

Learn how to act like a NORMAL fucking human being!

Don't drink! Ever in your fucking life! EVER!

Do you think I care? I have done nothing wrong pat. I guess you get pissed when someone else tries to play your games

You're disgusting.

I can't wait for the new shit to happen 😂 I'm glad you feel proud to drive two baby mamas out of your children's life pat... I hope you find major help and change soon, for OUR children sake. Good lord. I'm a TERRIBLE mother for choosing YOU to be there father

iMessage



**Maybe: Brooke Dudley** ›

You're disgusting.

I can't wait for the new shit to happen 😂 I'm glad you feel proud to drive two baby mamas out of your children's life ████.. I hope you find major help and change soon, for OUR children sake. Good lord. I'm a TERRIBLE mother for choosing YOU to be there father

Oh because it's a Sunday night and I'm exhausted don't feel well and just want to go to bed and don't need you driving around my house honking your fucking horn!!? Calling me over and over and over! It's called human decency and respect. Neither Rachel or ████ have ever done that shit. And I didn't drive ████ out of her daughters life! Drugs did Brooke. Go ahead and throw all the hard work getting a degree down the drain if you continue acting like an asshoel.



10:11

Maybe: Brooke Dudley ›

It's gonna happen for the next 14 years 😂 I guess we can be like her and her x husband 💁🏼‍♀️ where they sit there and parent horrible, involve police and cps when not needed... and clearly a bunch of other shit that will be brought up in court

Keep acting like you do and you won't have a job at CPS. Because I KNOW you shouldn't.

Yea and your doing the same job, just like you did to her. Your such a POS dude.. and the fact you CANT even recognize that is sad. But then again, your whole life is sad.. don't expect much more from ya

Buh byee pathetic human being and father 👏🏻

What's funny is your referring to [REDACTED] tonight like she has anything to do with your actions. You acted like this the second time we hungout!!

iMessage

10:11

Maybe: Brooke Dudley

and father 👏🏻

What's funny is your referring to ██████ tonight like she has anything to do with your actions. You acted like this the second time we hungout!!

😂😂😂

You're so funny it's sad now

Say whatever you want. Many know the truth. I know the truth.

🤣🤣🤣

I feel sorry for you, ██████ and dumbo dude

I can't tell you how many times I've done you a favor by not calling the cops. This was the last one.

iMessage

10:13

Maybe: Brooke Dudley >

I can't tell you how many times I've done you a favor by not calling the cops. This was the last one.

You'll be doing me a favor

Next time I'll help you out then.

We all know you don't want the kids and that's exactly what that statement you just said meant.

Please do

YOU drive people to do what they do. I truly feel sorry for the human you are and for your children..

I don't drive anyone to do what they do. Our relationship has been the same for years. You KNOW that. I didn't force you to do shit. You're a big girl you can make your own decisions.

iMessage

10:13

Maybe: Brooke Dudley ›

make your own decisions.

You take the only thing we've literally had and use it against me in every way possible. To con me, to get what you want, to start drama, to ruin my relationships. That's disgusting. I have never ONCE used sex in a way to hurt you or fuck up your relationships, or to manipulate you.

All I can say is, I hope you can figure out to enjoy your next 14 years buddy 😂 I have no words dude. Clearly all I wanted was sex from you.. just like that's the only thing I wanted from you in the last 10 years lol. That's the ONLY thing your capable of lol

No worries of course I found it else where ;) byeee

Good! Have a ball!

All these dudes gotta be second on your list. You know it's not cool being a whore

iMessage

10:14

Good! Have a ball!

All these dudes gotta be second on your list. You know it's not cool being a whore.

100% you and I'm out ✌🏼

Makes no sense.

 x 2 ✌🏼

Well you should know.. since That's your type. How many x's have fucked yours friends 😂

Guess the only thing your good at.. isn't even that good. Must feel shity ha

Today 12:44 AM

Also, I would appreciate it if you could respond to my last email and pay what you're supposed to. Tanks!

Today 12:42 PM

iMessage

10:15

Maybe: Brooke Dudley ›

delusional to think Audrey in anyway shape or form would ever harm our kids or that I would have someone around our children that would harm them. Yet it's perfectly normal for you to come to my house drunk at 11:30 at night, honking your horn, threatening me, threatening to take the kids home drunk, and threatening to go to ▮▮▮▮▮ house and bang on the door and wake her up with children in her house at 11:30-12 at night? But IM the one that needs help!? You have to be the most manipulative, heartless, self centered, scary people I've ever met. You don't even realize how detrimental your actions are not only to our children but to yourself. People don't act like you drunk or sober when they are mad about something. You don't get your way and you will go to the extreme to hurt someone or get your way. I want nothing to do with it!

Read 7:03 PM

iMessage

# Additional Documentation

# Brooke Dudley's personal logging of field placement hours at IDHW for Social Work Program

| Student | Code | Agency | Course code | Course name | Date | Duration | Unit | Attendance status | Timesheet status | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 8/26/2021 | 5.50 | Hours | Attended - On-Site | Approved | Shadowed social worker in zoom court hearings, learned some rules regarding foster parents and legal parents rights and visit expectations. Shadowed social worker for in person visit at the children's daycare. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 8/27/2021 | 10.00 | Hours | Attended - On-Site | Approved | Shadowed social worker and sat in on a supervised visit at H&W facility. Picked up a child from school and drove her to her foster parents work. Attained a list of shelters / facilities for children and called around to see if anyone had availability for a 13 year old. Shadowed social worker for an in home visit. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 9/2/2021 | 5.50 | Hours | Attended - On-Site | Approved | Completed training modules and shadowed social worker. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 9/3/2021 | 10.00 | Hours | Attended - On-Site | Approved | Shadowed case worker and worked on gathering information for clients / referrals. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 9/9/2021 | 6.00 | Hours | Attended - On-Site | Approved | Shadowed social worker for 3 home visits. Learned how to handle tough conversations / situations between child and foster parent. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 9/10/2021 | 6.50 | Hours | Attended - On-Site | Approved | Picked clients up and monitored and documented site visit with their mother. Learned how to document visits and learned how to transfer information over to monthly summaries. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 9/16/2021 | 5.50 | Hours | Attended - On-Site | Approved | Learned about scanned folder and how to attach and document incoming mail into e-cabinet. Picked up client and took the child to appointments. Learned how to look case information up on e-cabinet. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 9/17/2021 | 6.50 | Hours | Attended - On-Site | Approved | Picked up clients and supervised video visit with parent and documented in ESPI. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 9/23/2021 | 5.50 | Hours | Attended - On-Site | Approved | Listened in with social worker during a court meeting. Worked on some training videos. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 9/24/2021 | 10.00 | Hours | Attended - On-Site | Approved | Shadowed social worker during a home visit for 3 client. Took a client out for a home visit from treatment for a day outing. Worked on getting referrals processed and faxed. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 9/30/2021 | 6.50 | Hours | Attended - On-Site | Approved | Followed social worker in safety. We went out for a home check that had a second report to an already open case. We had 3 officers assist with removal of 2 children. Found placement. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 10/1/2021 | 10.50 | Hours | Attended - On-Site | Approved | Listen in to social worker for a prep trial with lawyer. Made a list of social workers current clients and organized where she is at with the cases. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 10/7/2021 | 5.50 | Hours | Attended - On-Site | Approved | Helped fill out referrals for DD services for clients. Listened in to social worker make calls to parents with updates with cases and check ins. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 10/8/2021 | 10.50 | Hours | Attended - On-Site | Approved | Participated in Wednesdays Child production. Went and had lunch and went to dirt kart racing. Helped fill out referrals and read through police report and court documents from when the children were removed from the home last week. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/12/2021 | 9.50 | Hours | Attended - On-Site | Approved | Supervised office visit for 2 hours with family. Called probation officer about foster parent and related information needed for placement. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 10/15/2021 | 8.00 | Hours | Attended - On-Site | Approved | Filled out referral for treatment on a client and shadowed social worker at a home visit. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 10/14/2021 | 5.50 | Hours | Attended - On-Site | Approved | Called foster parents to find respite placement for a child. Went  and shadowed social worker on a home visit and watched a staffing meeting |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 10/29/2021 | 10.50 | Hours | Attended - On-Site | Approved | Helped social worker write a case plan for child and filled out referral forms. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/4/2021 | 4.00 | Hours | Attended - On-Site | Approved | Found family counseling centers and provided referral information to client who took her insurance. Called and scheduled for November family visits. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/5/2021 | 8.50 | Hours | Attended - On-Site | Approved | Supervised office visit for 2 hours with family and documented. Went on transport to pick up a child and supervised a family visit. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/17/2021 | 6.00 | Hours | Attended - On-Site | Approved | Documented home visit and monthly parent contacts after calling parents. Called potential foster care options for child. Investigated NCO's. Reviewed potential placement options. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/18/2021 | 3.00 | Hours | Attended - On-Site | Approved | Talked with supervisor and scheduled a time to review learning agreement and evaluation. Scheduled meeting for site visit. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/19/2021 | 9.50 | Hours | Attended - On-Site | Approved | ......... |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/23/2021 | 10.50 | Hours | Attended - On-Site | Approved | Monitored and documented supervised visit. Attended and documented a home visit for three children. Called potential placements for relocation of child. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/24/2021 | 5.50 | Hours | Attended - On-Site | Approved | Researched trauma and DV counselors. Helped document ILP. Monitored visit and documented. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/29/2021 | 3.00 | Hours | Attended - On-Site | Approved | Observed trial for termination on parental rights at the courthouse. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/11/2021 | 2.00 | Hours | Attended - Remote | Approved | Researched and watched videos about ICWA- Indian Child Welfare Act |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/6/2021 | 3.00 | Hours | Attended - Remote | Approved | Researched and looked up Idaho laws and statues pertaining to Child Family Services. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 11/14/2021 | 1.50 | Hours | Attended - Remote | Approved | Read through home studies and adoption information for potential candidates for adoption. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 12/1/2021 | 9.00 | Hours | Attended - On-Site | Approved | ......... |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 12/3/2021 | 7.50 | Hours | Attended - On-Site | Approved | ......... |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 12/8/2021 | 8.50 | Hours | Attended - On-Site | Approved | Supervised a visit for two hours and documented in ESPI. Went on a home visit with social worker. Contacted parent to see how things are going and followed up on things that needed to be completed. Attended a training on permanency work flow. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 12/9/2021 | 6.00 | Hours | Attended - On-Site | Approved | Met with professor and supervisor and went over assessment and learning agreement. Shadowed worker in a family meeting and how those are ran and conducted. Worked on head start application. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 12/8/2021 | 1.50 | Hours | Attended - Remote | Approved | Read through Title 16 Juvenile proceedings chapter 16 Child protective act. Looked over child welfare.gov and RISE services website. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 12/10/2021 | 10.00 | Hours | Attended - On-Site | Approved | Social worker and I went to a home visit. Attended a family meeting and helped with social history. Attended an adoption hearing. Watched a case plan be written. Helped document in ESPI. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 12/11/2021 | 2.00 | Hours | Attended - Remote | Approved | Transferred case plan into ESPI. Followed up on drug testing results for parents. Help write child case plan. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 12/12/2021 | 1.50 | Hours | Attended - Remote | Approved | Looked up documents for ICPC application. Wrote summary for home visits. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 1/12/2022 | 6.50 | Hours | Attended - On-Site | Approved | Shadowed saftey and watched social worker make phone calls and interviewing and talking with parents. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 1/13/2022 | 9.50 | Hours | Attended - On-Site | Approved | Shadowed saftey and went to an elementrary school and interviwed 2 children. Went out with social worker and officer to a home for a p3. Talked with detectives about cases. Watched a parent interview and phone interviews. Discussed different policies and watched a case get transfered to case management. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 1/19/2022 | 7.50 | Hours | Attended - On-Site | Approved | Went with social worker to a home visit. Listened to a parent meeting and followed up on family progress on case paln |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 1/20/2022 | 8.50 | Hours | Attended - On-Site | Approved | Monitored / supervised visit at the department. Followed up with attorney about paternity and establishing father on birth certificate. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 1/26/2022 | 9.00 | Hours | Attended - On-Site | Approved | Went with social worker out to a home visit and wrote up a summary of visit. Took a child to their med management appointment. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 1/27/2022 | 8.00 | Hours | Attended - On-Site | Approved | Took a child to their counseling appointment and watched a CANS assesment / reevaulation be done. Went on a home visit with social worker. Discussed policy, rules, and discussed how to handle negative behavior and how to manage those situations. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 2/2/2022 | 9.50 | Hours | Attended - On-Site | Approved | Attended termination of parental rights trial but parties objected to interns in the room. Scheduled and worked on trainings. Followed up with drug testing results. Received intern phone. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 2/3/2022 | 7.00 | Hours | Attended - On-Site | Approved | Supervised a family visitation at the office and documented in ESPI. Observed social worker complete discovery process. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 2/9/2022 | 9.50 | Hours | Attended - On-Site | Approved | Helped write / create parents case plans. Went and shadowed social worker for an EHV and helped document. Picked up a child as school for behavioral disturbance. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 2/10/2022 | 8.00 | Hours | Attended - On-Site | Approved | Supervised a visit at the department. Took a child and listened to a CANS assessment. Scheduled home visits. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 2/23/2022 | 9.00 | Hours | Attended - On-Site | Approved | Completed an ICPC reg 2. Followed up for finding parenting classes in Oregon. Help write a status review summary. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 2/24/2022 | 9.00 | Hours | Attended - On-Site | Approved | Accompanied social worker on 2 home visits and documented visits. Help create voucher, and listened to status reviews in court. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 3/2/2022 | 9.00 | Hours | Attended - On-Site | Approved | Attended / listened to NSW LEAD. Attended wrap around meeting. Made follow up calls and referrals. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 3/3/2022 | 6.00 | Hours | Attended - On-Site | Approved | Discussed and interviewed supervisor for paper. Spoke with parents and checked in on their status. Attempted to find high conflict co-parenting classes. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 3/9/2022 | 9.00 | Hours | Attended - On-Site | Approved | Attended a follow up CARES report / exam. Made and compiled a document with childs incident reports and suicidal attempts and history in residential treatments. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 3/10/2022 | 9.00 | Hours | Attended - On-Site | Approved | Went with social worker on home visits and wrote summary. Listened to court hearings. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 3/16/2022 | 8.50 | Hours | Attended - On-Site | Approved | Attended an ILP meeting, listened in on a court appeal regarding established legal parental rights of a father, attened a home visit and wrote summary. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 3/17/2022 | 1.00 | Hours | Attended - Remote | Approved | Wrote up summary of incident reports for client, and wrote up home visit summary. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 3/23/2022 | 8.50 | Hours | Attended - On-Site | Approved | Shadowed social worker at home visit and wrote summary. Followed up with referrals, records requests, calling different providers. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 3/24/2022 | 7.00 | Hours | Attended - On-Site | Approved | Monitored visit at the department and documented. Went on home visits and wrote summaries. Followed up on referrals and co parenting class. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 3/30/2022 | 9.00 | Hours | Attended - On-Site | Approved | Shadowed worker to a home visit / daycare visit. Listened in on a meeting about a child being released from DJC. Attended a wrap around meeting and terminated / closed a case with a celebration. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 4/6/2022 | 9.00 | Hours | Attended - On-Site | Approved | Attended our team meeting, listened to 3 different cases being transferred from safety to case management. Helped update an ICPC for a child and updated chart. Made follow up phone calls. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 4/7/2022 | 7.00 | Hours | Attended - On-Site | Approved | Updated critical incident reports, listened in on upper management and DJC meetings.. Made referrals and phone calls |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 4/13/2022 | 9.00 | Hours | Attended - On-Site | Approved | Went to a home visit with social worker and documented visit. Followed up on referrals, results from UA's, and listened to case tranfers. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 4/14/2022 | 8.00 | Hours | Attended - On-Site | Approved | Helped social worker complete / document 6 month hearing review. Reviewed a home study for an ICPC. Made phone calls and checked on reports from services. Helped with text messages and phone calls to clients |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 3/31/2022 | 8.00 | Hours | Attended - On-Site | Approved | Went to a home visit with social worker. Listened to court hearings. Made phone calls to clients. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 4/20/2022 | 9.00 | Hours | Attended - On-Site | Approved | Attended team meeting and placement planning, site visit, and attended a home visit. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 4/21/2022 | 9.00 | Hours | Attended - On-Site | Approved | Listened to court hearings, attended a home visit and documented, attended meetings, followed up on phone calls |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 4/27/2022 | 9.50 | Hours | Attended - On-Site | Approved | Helped write and complete child case plan. Followed up on phone calls. |
| Chelsey/Brooke Dudley | 113092082 | Idaho DHW Region 3 Children & Family Services (Caldwell) | SW 480 / SW 498 | Social Work Field Practicum / Seminar | 4/28/2022 | 3.50 | Hours | Attended - On-Site | Approved | Talked with counselor regarding multiple children, scheduled home visits. |

| 67 | 480.00<br>Hours |

Exhibit B 060

IDHW documentation showing private records accessed by Brooke Dudley

| Contact Id | Middlename | Lastname | Firstname | Client Id |
|---|---|---|---|---|
| fb0599f1-1f91-e911-a979-001dd80081ad | | | | |
| ecb3ba25-2291-e911-a979-001dd80081ad | | | | |
| fd55ee69-2391-e911-a979-001dd80081ad | | | | |
| fa319d23-2591-e911-a979-001dd80081ad | | | | |
| 21123c24-3391-e911-a979-001dd80081ad | | | | |
| 818ba3af-4eb9-e911-a982-001dd80081ad | | | | |
| ab8ba3af-4eb9-e911-a982-001dd80081ad | | | | |
| ea41a540-2091-e911-a97b-001dd800951b | | | | |
| b5586f70-2091-e911-a97b-001dd800951b | | | | |
| d37cdc38-2191-e911-a97b-001dd800951b | | | | |
| afb374cf-2191-e911-a97b-001dd800951b | | | | |
| 1f3257f9-2191-e911-a97b-001dd800951b | | | | |
| 375c4fff-2191-e911-a97b-001dd800951b | | | | |
| f4dda2dc-2291-e911-a97b-001dd800951b | | | | |
| 2a718bee-2291-e911-a97b-001dd800951b | | | | |
| b3bd377c-2491-e911-a97b-001dd800951b | | | | |
| 15914e29-2099-e911-a97b-001dd800951b | | | | |
| b474e873-6747-ea11-a99b-001dd800951b | | | | |
| 115e4e4b-1e91-e911-a97a-001dd8009f4b | | | | |
| fc154670-1f91-e911-a97a-001dd8009f4b | | | | |
| 4da1564a-2191-e911-a97a-001dd8009f4b | | | | |
| a6f78857-2291-e911-a97a-001dd8009f4b | | | | |
| bf732ba0-2291-e911-a97a-001dd8009f4b | | | | |
| fb9095cc-2291-e911-a97a-001dd8009f4b | | | | |
| 0f469426-2391-e911-a97a-001dd8009f4b | | | | |
| bea88b2c-2391-e911-a97a-001dd8009f4b | | | | |
| 33f8743e-2391-e911-a97a-001dd8009f4b | | | | |
| d44fcab7-2391-e911-a97a-001dd8009f4b | | | | |
| 625bf65d-2091-e911-a97c-001dd800a749 | | | | |
| f3fd97df-2291-e911-a97c-001dd800a749 | | | | |
| 41aaefd8-2391-e911-a97c-001dd800a749 | | | | |
| 1730eade-2391-e911-a97c-001dd800a749 | | | | |
| 76633b54-2691-e911-a97c-001dd800a749 | | | | |
| 4626700d-1e91-e911-a985-001dd800b582 | | | | |
| e5790a80-1f91-e911-a985-001dd800b582 | | | | |
| e0e2d8af-1f91-e911-a985-001dd800b582 | | | | |
| 9badf76c-2091-e911-a985-001dd800b582 | | | | |
| 4874d784-2091-e911-a985-001dd800b582 | | | | |
| 48566dec-2291-e911-a985-001dd800b582 | | | | |
| 03576dec-2291-e911-a985-001dd800b582 | | | | |
| 54ba3d98-2591-e911-a985-001dd800b582 | | | | |
| 832def6e-66c3-e911-a98e-001dd800b582 | | | | |
| 25530cce-12f6-e911-a994-001dd800b582 | | | | |
| 52e6c206-2091-e911-a978-001dd800ba25 | | | | |
| 83dc8a42-2091-e911-a978-001dd800ba25 | | | | |
| e11fc562-2191-e911-a978-001dd800ba25 | | | | |
| 4309698f-2291-e911-a978-001dd800ba25 | | | | |
| 37e812d7-2291-e911-a978-001dd800ba25 | | | | |
| 227d411c-2591-e911-a978-001dd800ba25 | | | | |
| 8220b886-7e66-eb11-a812-001dd801ea7a | | | | |

8c370344-bf50-ec11-8c62-001dd804b275
17a82454-f5e4-eb11-bacb-001dd804b7b8
6fd73854-f6e4-eb11-bacb-001dd804b7b8
d5d941d5-99b2-eb11-8236-001dd804b993
b782a0e8-2355-ec11-8c62-001dd804bb2f
d3621fd3-7732-ec11-b6e5-001dd804d498
ff6f81df-7832-ec11-b6e5-001dd804d498
16d17a3f-7932-ec11-b6e5-001dd804d498
ea0045b8-f054-ea11-a9a8-001dd8308047
627f55e1-72b5-ea11-a812-001dd83095b2
2f2d2ef8-eeeb-ea11-a813-001dd83095b2
20c46c68-3e00-eb11-a815-001dd83095b2
945cca4f-b091-ea11-a811-001dd8309ca7
27bb8f9e-f0a1-ea11-a811-001dd8309ca7
aa92fb6d-e7f1-ea11-a813-001dd8309ca7
13ba9c58-ebf1-ea11-a813-001dd8309ca7



# Witness Statements

AFFIDAVIT OF MIKE DIXON
IDAHO DEPARTMENT OF HEALTH AND WELFARE

STATE OF IDAHO   )
                 )
County of Canyon )

I, Mike Dixon, being first sworn under oath, do swear and affirm the following.

1. I am employed as a Child Welfare Chief at the Department of Health and Welfare.

2. In my role as Chief, I am familiar with the utilization of interns by the Family and
   Children's Services (FACS) Division of Health and Welfare (DHW).

3. Chelsea Brooke Dudley (hereinafter "Ms. Dudley") was an intern with the Department of
   Health and Welfare from August 20, 2021, until April 21, 2022.

4. As part of her internship, Ms. Dudley had access to the FACS record keeping software,
   ESPI.

5.  On April 29, 2022, the Department received a phone call from an individual (hereinafter
   "Individual A") who stated that she believed her child protection file had been unlawfully
   accessed by Brooke Dudley during the internship and that Ms. Dudley was harassing her
   family.

6. The individual who contacted the department is currently in a relationship with Ms.
   Dudley's ex-partner (hereinafter "Individual B").

7. In response to this information, DHW's Information Technology Department was
   contacted and a list of all the searches Ms. Dudley had made during her internship was
   obtained.

Exhibit B 064

8. It was determined that Ms. Dudley had accessed information in ESPI on at least 3 individuals in ESPI that were not related to any case she was handling. The three individuals were herself, Individual A, and Individual B.

9. It is unknown which specific records for each individual Ms. Dudley accessed, but conducting a name search and arriving at the Person Data Screen would include access to the following data points:

- First, Middle, and Last Names
- Gender
- DOB
- Age
- SSN
- Race
- Ethnicity
- US Citizenship
- Marital Status
- Sexual orientation
- Contact Information
- Addresses (including historical records)
- Relationships (siblings, parents, etc.)
- Aliases
- Protective Service Alerts
- List of open and closed cases
- Dispositions
- Intake reports

10. It appears that Ms. Dudley also searched the names of individuals with the same last names as Person A and Person B during her search.

11. Conducting a search of records in ESPI for individuals known personally to the searcher is unethical and a violation of the confidentiality standards of the Department of Health and Welfare. Child Protection files and information are confidential pursuant to IDAPA and may only be accessed for a legitimate work purpose.

AFFIDAVIT OF SOCIAL WORKER          2

12. After confirming that confidential child protection information was accessed by Ms. Dudley, both Individual A and Individual B were contacted pursuant to Department policy and informed of the information breach.

13. Ms. Dudley was also contacted and informed of the breach, and also that had the breach been discovered during her internship, her internship would have been terminated

Respectfully submitted this 1st day of December, 2022.



Mike Dixon

SUBSCRIBED AND SWORN TO before me, a Notary Public, in and for the State of Idaho this
 1st  day of December, 2022.

Notary Public for Idaho
Residing at: Canyon County
My Commission Expires: May 17, 2024

AFFIDAVIT OF SOCIAL WORKER          3



**BOISE STATE UNIVERSITY**
COLLEGE OF HEALTH SCIENCES
*School of Social Work*

December 1, 2022

To Whom It May Concern:

As the Director of Field Education at Boise State School of Social Work, I have been made aware of a student concern with Brooke Dudley that involves a breach of confidentiality while she was completing her senior year BSW internship at the Department of Health and Welfare, Children and Family Services unit.

As a matter of record, to better understand how students are taught about the School of Social Work Policies and the Code of Ethics, it's important to know that students are provided several opportunities to become familiar with the School of Social Work field policies, professional expectations and the NASW Code of Ethics. The following is a progression of when students encounter this material through the duration of their education.

1. NASW Code of Ethics affidavit is signed and notarized as a requirement for admissions. Students agree to comply by NASW Code of Ethics standards.
2. Program/Field Orientation students are again introduced to NASW Code of Ethics, along with the Field Manual, Problems Solving Policy, Student Professional Conduct and Professional Standards, Social Media Policy and overall program expectations in field. The Student Professional Conduct and Professional Standards document is signed by all students prior to entering the field setting.
3. In Field and Seminar classes students are again asked to review all policies, the student field manual and the NASW Code of Ethics. All are then applied in the field setting and routinely discussed in field seminar class.

Ms. Dudley appears to be in violation of the following NASW Code of Ethics standard of Privacy and Confidentiality.

- **Section 1.07 Privacy and Confidentiality** there are several sections that apply here, including sections C, L, Q & R, and possibly I. This standard is clear and unambiguous about her obligation to treat any client information with confidentiality whether she is working directly with a client, or obtains information about a client while in the role as a student at the agency. Sections C, L & R are clearly applicable in her situation.

1910 University Drive, MS 1940, Boise, ID 83725
Phone (208) 426 1568 - Fax (208) 426-4291 - http://hs.boisestate.edu/socialwork/

There are other sections of the NASW Code of Ethics that could also apply to Ms. Dudley's situation and they are:

- **Section 1.12 Derogatory Language**
- **Section 4.03 Private Conduct**
- **Section 4.04 Dishonesty, Fraud and Deception**
- **Section 4.05 Impairment**

Ms. Dudley would also be in violation of the School of Social Work field policy titled *Student Professional Conduct and Professional Standards*, specifically professionalism, ethical behavior and privacy/confidentiality.

Additionally, all students complete a learning agreement that is unique and relevant to each student's field setting. There are a standard nine competencies and 29 practice indicators that all students are evaluated upon by the end of their internships.  Competency #1 states a student will be able to demonstrate ethical and professional behavior and the first practice indicator for this competency the clear expectation is that students "will make ethical decisions by applying the standards of the NASW Code of Ethics, relevant laws and regulations, models for ethical decision-making, ethical conduct of research, and additional codes of ethics as appropriate to context."  In the situation Ms. Dudley is involved with, had it been known at the time of her internship, she would not have passed her seminar and field classes due to her conduct.

Finally, had the information about Ms.Dudley's behavior been known in the spring semester of her senior year, and if she was dismissed from her field agency for this behavior, she would have reasonably been considered for dismissal from the program under the Problem Solving Policy (sec, F).

Sincerely,

Raymond J. Mullenax, LCSW
Director of Field Education
Boise State University
208 426-5936

Exhibit B 068

# Field Placement Manual excerpts, including termination of program for termination of field placement and discussion of ethical standards

Exhibit B 069



# School of Social Work BSW and MSW Field Manual

*"Field education is the signature pedagogy for social work."*

**Council on Social Work Education (EPAS 2.2)**

Rev. 9/30/2019

**I. Introduction & Welcome** ..........................................................................................5
   Mission Statement & Degree Programs...........................................................6
   Non-Discrimination & Equality-of-Opportunity Policy ....................................6

**II. Overview & Importance of Field Education** ..................................................7
   IPT – Intern Placement Tracking .....................................................................7
   Learning Agreement ........................................................................................8
   Evaluation ........................................................................................................8

**III. Field Education for Undergraduate Students: Bachelor of Social Work (BSW)**...........8
   Goals of the BSW Program..............................................................................9
   Field Education Requirements for BSW Degree ...............................................9
      Eligibility for Field Practicum ......................................................................9
      BSW Field Hours Requirement ......................................................................9
      Organization of Field Practicum & Senior Seminar .......................................9

**IV. Field Education for Graduate Students: Master of Social Work (MSW)**.......................10
   Goals of the MSW program............................................................................10
   Field Education Requirements for MSW Degree – On Campus & External Sites............10
   MSW Foundation Field Hours Requirement ...................................................10
      Organization of MSW Foundation Field Practicum & Practicum Seminar .........11
      Field Education Requirements for MSW Degree – <u>Online</u> ...................................11
   MSW Advanced Practicum Requirements .......................................................12
      Eligibility for MSW Advanced Field Practicum ...................................................12
      MSW Advanced Field Hours Requirement ..........................................................12
      Organization of Advanced Field Practicum & Practicum Seminar ......................12
      Field Education Requirements for MSW Degree – <u>Online</u> ...................................12

**V. Roles & Responsibilities of Involved Parties** ..........................................................12
   Director and Associate Director of Field Education...........................................12
   External Program Site Coordinators ................................................................13
   Online Program Site Coordinators...................................................................13
   Field Agencies ................................................................................................13
   Faculty Field Liaison .......................................................................................14
   Agency Field Instructor ...................................................................................15
   Agency Task Supervisor ..................................................................................16
   Student ............................................................................................................16
   Field Committee...............................................................................................16

Exhibit B 071

**VI. Field Education Placement Process** ...........................................................................................**17**

External Program and Online Students...........................................................................................17

Boise State University – Boise Campus Students.........................................................................17

    Steps for Securing Field Placement ..........................................................................................17

    Interviewing Tips & Resources ...............................................................................................18

**VII. Field Education Policies, Procedures, & Guidelines**.........................................................**19**

Placement ...........................................................................................................................................19

    Field Placement Development ...................................................................................................19

    Difficulty Securing Placement .................................................................................................19

    Field Placement at Agency in Which Student has been a Client or

    Where a Family Member Works / Dual Relationships.....................................................19

    Field Placement in an Agency Where the Student Previously Completed a

    Year of Field Work ...................................................................................................................19

    Guidelines for Students Considering Field Practicum at Place of Employment ...20

        Proposal Instructions..................................................................................................21

        Proposed Agency Field Instructor Approval ...........................................22

        Agency Administrative Approval ...............................................................23

        Submission of Proposal...............................................................................23

  **Credit, Attendance, & Holidays** ...........................................................................................**28**

    No Academic Credit for Life and/or Work Experience .......................................28

    Attendance .................................................................................................................................28

    Timekeeping ..............................................................................................................................28

    Unexpected Absences ..............................................................................................................28

    Holidays and School Breaks ...................................................................................................28

  **Student Safety & Liability**.....................................................................................................**29**

    Student Safety ...........................................................................................................................29

    Harassment.................................................................................................................................29

    Sexual Harassment ...................................................................................................................30

    Student Professional Liability Insurance ..............................................................................31

    Student Use of Private Vehicle ..............................................................................................31

  **Student Professional Conduct and Professional Standards**...........................................**31**

    Professionalism.........................................................................................................................31

    Interpersonal Skills ..................................................................................................................32

    Communication Skills..............................................................................................................32

    Values ........................................................................................................................................32

    Diversity.....................................................................................................................................32

    Self-Awareness .........................................................................................................................32

    Empathy .....................................................................................................................................33

Exhibit B 072

Self-Care ..................................................................................................................33
Ethical Behavior.........................................................................................................33
Privacy & Confidentiality ..........................................................................................33
Sexual Relationships & Physical Contact...................................................................33
Motor Abilities...........................................................................................................33
Social Media Guidelines ............................................................................................33
Effective Use of Supervision .....................................................................................38
**Addressing Challenges / Difficulties in Field**.............................................................**38**
Problem Solving Policy ..............................................................................................38
Field Performance Improvement Plan ........................................................................40

**VIII. Resources for Students**...........................................................................................**43**
Self-Care ....................................................................................................................43
Educational Access Center .........................................................................................43
CARE Team................................................................................................................44
Career Center..............................................................................................................44
Boise State Health Services ........................................................................................44
Office of the Dean of Students....................................................................................45
Boise State Campus Recreation Center ......................................................................45
ASBSU Legal Services ...............................................................................................45

**IX. Resources for Agency Field Instructors** ..................................................................**45**
Best Practices for Agency Field Instructors...............................................................45
Orientation Tips .........................................................................................................48

**X. Forms & Appendices** .................................................................................................**49**
Boise State University / Agency Affiliation Agreement .................................................50
Agency Field Instructor Verification Form ......................................................................59
BSW Learning Agreement................................................................................................61
MSW Foundation Learning Agreement.............................................................................66
MSW Advanced Learning Agreement...............................................................................71
Field Performance Improvement Plan ..............................................................................76
Site Visit Form ..................................................................................................................77
Sample BSW Field Evaluation Form *(not available due to proprietary purposes)*...................---
Sample MSW Found. Field Evaluation Form *(not available due to proprietary purposes)*.......---
Sample MSW Advanced Field Evaluation Form................................................................78
Fieldwork Guidelines for MSW First Year (Foundation) Practicum and
   MSW Second Year (Advanced) Practicum Social Work Students ...............................85
Addendum 1: Student Professional Conduct and Professional Standards.......................86

Exhibit B 073

# I. Introduction & Welcome

Field Practicum is a critical component of Boise State University School of Social Work's BSW and MSW programs. The Council on Social Work Education emphasizes that fieldwork is the "signature pedagogy" of social work education:

> Field Education Signature pedagogies are elements of instruction and of socialization that teach future practitioners the fundamental dimensions of professional work in their discipline—to think, to perform, and to act ethically and with integrity. Field education is the signature pedagogy for social work. The intent of field education is to integrate the theoretical and conceptual contribution of the classroom with the practical world of the practice setting. It is a basic precept of social work education that the two interrelated components of curriculum—classroom and field—are of equal importance within the curriculum, and each contributes to the development of the requisite competencies of professional practice. Field education is systematically designed, supervised, coordinated, and evaluated based on criteria by which students demonstrate the Social Work Competencies. Field education may integrate forms of technology as a component of the program.

> - Council on Social Work Education (EPAS 2.2)

Through field education students develop social work competencies and practice behaviors under the supervision of an experienced social worker.

The ideal field placement offers students a focus on the methods of direct practice, policy development and implementation, and other social work special projects and research activities. It is expected that students will experience a diversity of client populations and intervention issues, relying upon a range of theoretical concepts and models to develop breadth of learning and to establish a broad base for practice.

Supervised practice in a field agency is central to the development of competent, humane, knowledgeable, skilled, and effective social workers. Field education is the point at which the integration of theory, practice, skills, and ethics come together for emerging social work professionals. As the profession's "signature pedagogy" it allows opportunities for applying classroom content and experiences to professional situations, developing and evaluating student readiness for professional practice, and developing collaborative partnerships among students, faculty, field agencies, and the University.

Students are encouraged to read the entire Field manual and to keep it handy as a reference throughout their time in the Field Education Program. Current and prospective Agency Field Instructors and their organizations will find the material in this manual helpful in understanding social work education at Boise State University, roles and expectations of parties involved in field education, and relevant policies and procedures.

Exhibit B 074

The word "practicum," from the Greek and Latin meaning "practical", has become common terminology for social work internships in an agency intended to facilitate the integration of theory and practice. The terms "field education" and "practicum" are used interchangeably throughout this manual. However, due to the expanding roles of social work practice beyond the clinical or teaching internships for which the term was initially used, we are beginning to replace the somewhat narrow and often unfamiliar word "practicum" with the broader term "field education."

## Mission Statement & Degree Programs

The Boise State University School of Social Work prepares BSW graduates for beginning social work practice with individuals, families, groups, organizations, and communities and MSW graduates for specialized practice to advance the wellbeing of individuals and families. We are committed to human rights; social, economic and environmental justice; and diversity.

Boise State University School of Social Work has social work programs in Twin Falls, Lewiston, and Coeur d'Alene and an online MSW program. If you are a student enrolled in one of these programs, rather than on the main Boise campus – please be advised that the timing and structure of your program (e.g. length of program, schedule and structure of coursework and Field Practicum) may vary from the descriptions provided in this manual. Please refer to your Program Site Coordinator for up to date information for your program.

*The Boise State University School of Social Work prepares graduates at two levels:*

**Level One: The Bachelor of Social Work Program**

**The Bachelor of Social Work Program** consists of an undergraduate liberal arts education; a foundation of social work values, knowledge, professional skills, and use of self for supervised, beginning generalist practice with individuals, families, households, groups, organizations, and communities; and preparation for lifelong learning and graduate education. Graduates of the BSW program must demonstrate beginning professional practice behaviors and competencies by the time of graduation.

**Level Two: The Master of Social Work Program**

**The Master of Social Work Program** prepares students for advanced direct practice with individuals and families within the context of varying system sizes (i.e. individuals, families, groups and communities). Students learn clinical, organizational, policy, and administrative skills necessary for promoting social justice and equality, and for enhancing the quality of life for all people.

## Non-Discrimination and Equality-of-Opportunity Policy

Boise State University prohibits discrimination in educational and employment opportunities, services, and benefits on the basis of race, color, religion, age, national origin, sex, sexual orientation, gender identity, disability, income, protected veteran status, genetic information,

limited English proficiency, or any other status protected by applicable federal, state, or local law.

## II. Overview & Importance of Field Education

Field Practicum is an experiential course that challenges students to develop and demonstrate social work practice behaviors and competencies within an organizational and community context and affords experiential assessment and evaluation of students' development in the process of becoming helping professionals. Field Practicum is a vital dimension of students' social work education.  In the Field Practicum, students master the lessons of the classroom through interaction with real clients in a supervised agency setting. In social work education, the Field Practicum is where theory and science join the art of practice. The Council on Social Work Education (CSWE) has stated that field education is the "signature pedagogy" of social work education. Field work provides students with opportunities to apply theory to practice and to develop and practice essential social work skills.

Field Practicum provides students an opportunity to participate in and become familiar with the many components of the social work role. The ideal field placement offers students a focus on the methods of direct practice, policy development and implementation, and other social work special projects and research activities.

Field Practicum provides practice experiences in a continuum of modalities, including work with individuals, families, small groups, and communities within an organizational and community context. It is expected that students will experience a diversity of client populations and intervention issues, relying upon a range of theoretical concepts and models to develop breadth of learning and establish a broad base for practice.

## IPT – Intern Placement Tracking *(Web-based database and software program)*

The Boise State University School of Social Work field program maintains a web-based database and software program called "Intern Placement Tracking," commonly referred to as "IPT." Students and Agency Field Instructors will receive login information and training on IPT during their orientation. In addition to training offered at orientation, tutorials and a help section are available within the IPT program. Students and Agency Field Instructors are welcome to contact Field Program staff should they have questions or difficulties with IPT.

IPT is used:

- To house forms used to track and monitor student learning and progress in their Field Practicum (*Learning Agreements, Time Sheets, Evaluation Forms*).
- To facilitate record sharing and communication between student, Agency Field Instructor, Faculty Field Liaison, and Field Program staff.
- To house contact and descriptive information on agencies in the area that provide fieldwork opportunities for students.

Exhibit B 076

**Learning Agreement**

As part of Field Practicum students are expected to work collaboratively with their Agency Field Instructor to develop a behaviorally specific learning agreement based on their level in the social work program (BSW, MSW Foundation, MSW Advanced). The Boise State University School of Social Work provides learning agreement templates for each level of learning (BSW, MSW Foundation, and MSW Advanced). The learning agreement promotes adult learning and is the blueprint for students to develop and demonstrate social work practice behaviors and competencies.

Learning agreements outline the specific competencies and practice behaviors students are expected to develop over the course of their Field Practicum. Students and Agency Field Instructors should discuss specific learning opportunities, tasks, and assignments available to the student in the agency and document these in the learning agreement by the end of the fifth week of the practicum. Learning activities should be personalized to student interest, skill level, and to opportunities available in the agency setting. Learning agreements will be reviewed by Faculty Field Liaisons to ensure appropriateness, mutual understanding, and expected outcomes.

It is recommended that students and Agency Field Instructors regularly review the Learning Agreement as part of their weekly supervision meetings. Agency Field Instructors are encouraged to monitor student progress toward development of competencies and are expected to provide constructive feedback to support student learning and professional growth.

At the end of the first semester, students and Agency Field Instructors are expected to review the student's progress toward goals outlined in the learning agreement and to evaluate progress toward development and mastery of social work practice behaviors and competencies. Students will write a new learning agreement outlining new goals and learning activities for the second semester. This new plan may include first semester learning goals as appropriate.

**Evaluation**

At the end of each semester, students and Agency Field Instructors must complete an evaluation of the student's progress toward the development of professional competencies and practice behaviors. The Boise State University School of Social Work provides evaluation templates for each level of learning (BSW, MSW Foundation, and MSW Advanced).  Examples of the evaluation tools are provided in the Appendix of this manual. Evaluations will be reviewed and discussed with the Faculty Field Liaison during site visits conducted at the end of the first semester and the end of the year. The Faculty Field Liaison issues the final grade of pass/fail for field.

**III. Field Education for Undergraduate Students: Bachelor of Social Work (BSW)**

*BSW Mission*
The Boise State University Bachelors in Social Work program prepares graduates to practice with individuals, families, groups, organizations, and communities. We are committed to human rights; social, economic and environmental justice; and diversity.

**BSW Goals:**
1. Promote academic excellence that integrates social work theory and generalist practice with community-based experiential learning;
2. Foster knowledge of global human conditions;
3. Address local, state, and regional social work education and workforce needs;
4. Foster inclusiveness and cultural humility in working with diverse populations;
5. Prepare graduates for ethical professional practice.

**Field Education Requirements for BSW Degree**

**Eligibility for Field Practicum**

Students become eligible for Field Practicum based on their progress toward completing the curriculum required to earn the BSW degree. Completion of the following courses is prerequisite or co-requisite for admission to the field practicum.

For students to be eligible for field practicum, they must:

Be accepted into candidacy for Social Work degree

Have completed or be enrolled in the courses listed below:

SOCWRK 301 Social Welfare Policy

SOCWRK 320 Human Behavior in Social Environment I

SOCWRK 333 Generalist Social Work Practice I: Individuals

SOCWRK 380 Social Work Research Methods and Statistics

SOCWRK 420 Human Behavior in Social Environment II

SOCWRK 444 Generalist Social Work Practice II: Families and Groups or SOCWRK 455 Generalist Social Work Practice III: Organizations and Communities

**BSW Field Hours Requirement**

Field practicum is the capstone of professional social work education. Students in the BSW program must complete 480 hours of field practice, approximately 16 hours per week.  This field experience helps prepare students to enter the work force as beginning professional social work practitioners.

**Organization of Field Practicum and Senior Seminar**

Social Work Field Practicums I & II (SOCWRK 480/481), and their companion Senior Seminars I & II (SOCWRK 498/499), are the capstone courses of the professional social work curriculum.

Field Practicum is organized into two academic courses: SOCWRK 480 (Social Work Field Practicum I), taken in the fall semester of a student's senior year, and SOCWRK 481 (Social Work Field Practicum II), taken spring semester. Each practicum course accounts for 5 credit hours. Students are in field for 16 clock hours per week to reach a total of the 480 required hours, 240 hours per semester. Senior Seminar is organized into two academic courses: SOCWRK 498, Senior Seminar I, and SOCWRK 499, Senior Seminar II, for 1 credit hour each.

Field Work and Seminar are co-requisite courses, meaning that they must be completed during the same semester. Field placement allows students to demonstrate competence in the field; while seminar provides the time for processing and evaluating personal behaviors in the context of the field placement. Foundation Practicum Seminar and Foundation Field Work are graded separately, but they work in conjunction with one another for the learning experience. As co-requisite courses, a grade of C-minus or higher is considered passing, and anything below a C-minus will automatically lead to retaking both courses. Additionally, a failure in field will require seminar be repeated as a co-requisite regardless of the grade achieved in the seminar course.

Students are expected to apply knowledge, skills, values, and ethics learned in their academic courses to the practice experiences afforded them in the field agency. The student learning agreement and evaluation tool are used by students, Agency Field Instructors and the Faculty Field Liaison to evaluate student's progress toward developing professional practice behaviors and competencies.

## IV. Field Education for Graduate Students: Master of Social Work (MSW)

*MSW Mission*
The Boise State University Masters in Social Work program prepares graduates for practice with individuals, families, groups, organizations and communities and for specialized practice to advance the wellbeing of individuals and families. We are committed to human rights; social, economic, and environmental justice; and diversity.

*MSW Program Goals:*
The faculty have established seven goals for the MSW program:
1. Promote academic excellence that integrates social work theory and practice with community-based experiential learning;
2. Foster knowledge of global human conditions;
3. Address local, state, and regional social work education and workforce needs;
4. Foster inclusiveness and cultural humility in working with diverse populations;
5. Prepare graduates for leadership in service delivery systems;
6. Prepare graduates for ethical professional practice;
7. Prepare graduates to enhance the wellbeing of individuals and families through engagement, assessment, intervention, and evaluation.

## Field Education Requirements for MSW Degree – On Campus and External Sites

**MSW Foundation Field Hours Requirement:** Students in the Foundation (1st) year of the 2-year MSW program are expected to complete 400 clock hours in field, approximately 16 hours per week over two semesters. Students in the Foundation program begin fieldwork after they have completed their initial five weeks of classroom learning. Students are expected to complete 160 field hours during fall semester (16 hours per week for 10 weeks) and 240 hours (16 hours per week for 15 weeks) during spring semester.

**Student Professional Liability Insurance**: All social work practicum and internship students are covered by State of Idaho/Boise State University's General Liability insurance program. Per the Idaho Tort Claims Act, specifically, Idaho Code section 6-902, Boise State University shall maintain comprehensive General Liability coverage in such amounts as are proscribed by Idaho Code section 6-924 (capped at $500,000). The University's liability coverage shall cover the actions of University and its employees, agents, students, and faculty while acting in the course and scope of employment or as students of Institution in performing actions related to the program. Coverage is effective upon enrollment in the practicum/internship.

Additionally, Boise State University School of Social Work purchases professional insurance to cover each student while enrolled as a student in practicum/internship. The insurance coverage is provided by American Casualty Company and the liability limits are $1,000,000 each claim and $5,000,000 aggregate. The cost of this insurance coverage is included in student's field program fees.

**Student Use of Private Vehicle:** Students are not allowed to transport clients in their own private vehicles for their own protection and for the protection of clients and agencies. If students are required to use their own vehicle to complete Field Practicum tasks and assignments (other than getting to/from work site), agencies must inform students about liability or vehicle coverage available (or not available) to them through the agency, and must provide mileage reimbursement.

If students use their own vehicle for field practicum tasks – they are encouraged to contact their vehicle insurance company to see if additional coverage is required to cover professional/work use of their vehicle.

## Student Professional Conduct and Professional Standards

Social Work education is preparation for professional practice and as such there are expectations that go beyond academic standards within a classroom.  There are physical, cognitive, emotional, and character requirements for effective social work practice, in addition to compliance with social work state licensing laws and ethics. Students who violate or fail to demonstrate adherence to these essential skills, values, and standards as they progress through the social work program and their field practicum may be subject to dismissal from the social work program and may be unable to secure a social work license and/or job upon graduation.

Students are evaluated on these professional standards in all areas of the BSW and MSW program including admissions, academic classes and field practicum.  Students are expected to possess these attributes and skills at a level appropriate to their year in the program.

**Professionalism:** Students are expected to follow agency rules and policies. They are expected to be punctual and dependable. They are expected to demonstrate professional behavior in their interactions with clients, agency staff, and Boise State University faculty and staff. Students should provide services to clients that are based on relevant social work knowledge and research. Students must demonstrate an ability to prioritize responsibilities and complete assignments.

**Interpersonal Skills:** Social work students demonstrate the interpersonal skills needed to relate effectively to other students, faculty, staff, clients and other professionals. These include showing respect for and consideration of others, listening skills, and the ability to communicate effectively both verbally and non-verbally. Students take appropriate responsibility for their actions and consider the impact on others. They work effectively with others, regardless of level of authority. Students advocate in an appropriate, respectful and responsible manner taking into consideration the complexity of each situation. They use proper channels for complaints, conflict resolution, and grievances. Students demonstrate a willingness to receive feedback from faculty and field instructors, administrators, staff and colleagues in a positive and respectful manner.

**Communication Skills:** Social work students exercise professional judgment in all communications with students, faculty, staff, clients, and other professionals. Professional competence encompasses using email in an appropriate manner and responding to email communications from other students, faculty, staff, administrators, and field instructors in a timely and appropriate manner. Student must have the ability to communicate effectively orally and writing and demonstrate a grasp of professional language and concepts. This includes producing clear and legible casework and clinical notes in appropriate format for setting and situation, organizing thoughts and ideas into appropriately written referenced essays and research papers.  Students should not audio or video tape any conversations with other students, faculty, field instructors or clients without first asking for prior permission to record any personal or professional conversations.

**Values:** Students must demonstrate a commitment to the core values of social work including service, social justice, dignity and worth of the person, importance of human relationships, integrity, and competence.

**Diversity:** Social work students must value diversity. Students must serve in an appropriate manner all persons seeking assistance in their agency regardless of race, color, religion, age, national origin, sex, sexual orientation, gender identity, disability, income, protected veteran status, genetic information, limited English proficiency, or any other status protected by applicable federal, state, or local law.

Students must not impose their own personal, religious, and/or cultural values on others and must know how their own background and value base affect his or her interactions with clients. Students must be willing to reflect on and change their behavior when it interferes with their ability to work with a client.

**Self-Awareness:** Social work students know how their own values, beliefs, attitudes, and past experiences affect their thinking, behaviors, relationships, and overall practice. Students examine their internal processes, their strengths, limitations, and suitability for professional practice. Social work students demonstrate an awareness of how others perceive them and are willing to change behaviors that are non-conducive to working relationships with clients or other professionals.

**Empathy:** Social workers endeavor to gain insight and understanding into the values, lived experiences, and beliefs that clients have. Social work students communicate empathy and support clients as a basis for building a productive and professional relationship with the client.

**Self-Care:** Social work students recognize the signs of stress and emotional problems, develop appropriate means of self-care, and seek supportive services when necessary to minimize any adverse impact on scholastic and professional performance. Students must be willing to seek the advice of their faculty advisor and follow recommendations made by their advisor and/or faculty decisions regarding the appropriate maintenance of their academic, physical, or psychological health, which may include assessment and/or therapeutic services.

**Ethical Behavior:** Students must abide by the ethical standards of the profession developed by the National Association of Social Workers (NASW) Code of Ethics. The Code of Ethics can be found at: https://www.socialworkers.org/About/Ethics/Code-of-Ethics/Code-of-Ethics-English.aspx.

**Privacy & Confidentiality:** Social work students should respect and protect the privacy and confidentiality of clients. Students should not solicit private information from clients unless it is needed to provide services. Students are expected to comply with confidentially requirements outlined in agency policy, applicable laws, and the NASW Code of Ethics and only disclose client information in accordance with such policies and/or if disclosing information is necessary to prevent serious, foreseeable, and imminent harm to a client or other identifiable person. Students should not disclose identifying information about clients in Seminar and other classes.

**Sexual Relationships & Physical Contact:** Students should not engage in physical contact (such as hugging or massaging clients) with clients when there is a possibility of psychological harm to the client as a result. Students should under no circumstances engage in sexual activities or sexual contact with current or former clients – or with other individuals with whom clients maintain close personal relationships where there is a risk of exploitation or potential harm to the client. Social work students, not their clients, assume the full burden of setting clear, appropriate, and culturally sensitive boundaries.

**Motor Abilities:** Social work students need to have sufficient ability to participate in classes and field agency placement, and to acquire and integrate data and knowledge through use of their senses. Students need to be able to perform the essential functions of an internship with reasonable accommodations.

**Social Media Guidelines:** Social media channels, such as Facebook, Instagram, Twitter, YouTube, Snapchat, and various blog sites are just a few examples of new and exciting ways to connect with others and share information. Likewise, technology has broadened social workers' capacity to assess and manage information about clients, influence policy, address social justice issues, and receive supervision. However, the rapid growth of social media communication tools and their ease of accessibility can also have unintended and potentially damaging consequences to users if basic guidelines are ignored. **Students are expected to adhere to social work values, ethics and engage in professional conduct as outlined in the NASW Code of Ethics when**

**using social media communication tools, whether using a personal site(s), agency site(s), or University site(s).**

Common issues that students need to understand, and manage, when utilizing social media include, but are not limited to, privacy and confidentiality (Section 1.07), conflicts of interest and dual relationships (Section 1.06), and informed consent (Section 1.03) in our relationships with clients, colleagues, and in our practice settings. Utilizing social media communication tools as a social work professional requires ongoing attention to these ethical challenges.

As a social work professional, it is important to consider whether you are using social media channels for professional activities, such as advancing social justice issues, advocating for vulnerable populations and promoting your professional identity, versus using these sites to maintain contact with friends and family. Your ***professional image***, that is, the professional self you develop that is guided by social work values and ethical standards, extends beyond the field agency and physical setting of an office.

As social workers, we must be cognizant that the legal, ethical and clinical responsibilities we have as professionals and that those obligations extend to the virtual world of the Internet and include the use of social media communication tools. As with the Hippocratic oath to "first do no harm," it is imperative to consider how to be connected within the context of social media while protecting yourself, your field site, your clients, the School of Social Work, and the profession.

**As you get started in your field placement, it may be helpful to explore the following questions with your field instructor and/or task supervisor:**

1. Does your field site have a policy on the use of social media communication tools? If so, review the policy with your field instructor. If not, what expectation does the agency have regarding the use of social media during field hours?

2. How much personal information is shared with clients and former clients as well as agency staff and professional colleagues?

3. What are the most common ethical concerns you should be aware of when using social media as a professional social worker?

**To help facilitate these conversations, consider the following topics for discussion with your field instructor and/or task supervisor.**

### What are the agency guidelines regarding the use of Facebook and Instagram, and who can you friend and follow?

Managing friend requests and maintaining privacy settings is critical regardless of whether you use social media for personal and/or professional reasons. Allowing clients, former clients, or others in your professional circle to cross into your personal life may complicate and blur your professional boundaries. This is particularly tricky when managing Facebook and Instagram accounts. As a professional, you must fully consider the extent of your privacy settings, how you will manage friend requests, your level of self-disclosure, and how you will monitor wall posts or other interactions on your site.

Be aware that if you do not employ any privacy settings on your social media site, your profile is public and anyone can see what is on your page. Additionally, people can see

Exhibit B 083

when you are tagged in photos, view comments made by others, note your status updates, and see who you've friended. All professionals must evaluate the scope of their social media connections. Since this is still an emerging professional topic, some professionals may be cautious and guarded in their use of social media while others may be more open and exposed. It is important to remember that even with privacy settings, social media sites are not always secure, and it can be possible for anyone to view information you post. It is your responsibility as a professional social worker to abide by the Code of Ethics, including your virtual communications and use social work values and principles to guide your interactions.

**What privacy and confidentiality concerns should I consider when texting, emailing and/or using Twitter, Instagram, or Snapchat?**

With the proliferation of hand held devices such as smart phones, accessing the Internet and connecting with others is literally in the palm of our hands. Text, email, Twitter and Snapchat are quick and effective ways to communicate with others however many ethical, legal, and clinical issues must be addressed when using these communication tools.

There is huge potential for unintentionally sharing protected information so always use good ethical judgment. Be cautious about discussing information about your field placement, classroom work, or agency staff. **Do not discuss confidential or private information about clients, colleagues, or agency practices even if you are disguising the information.** In general, consider the security, privacy and confidentiality of all communication methods and when in doubt, seek consultation and supervision before embarking into unfamiliar or uncertain areas. Observe all state and federal regulations such as FERPA and HIPAA, as well as University Policy(ies). Additionally, never use personal email accounts to send communicate client information.

**Be aware:** Employers and volunteer organizations are more frequently requesting passwords and permissions to see what is behind your privacy settings. You have the right to refuse permission. However, doing so may be a consideration in whether or not you are offered opportunities to work with them. Further, allowing organizations to see everything may also be hazardous to future opportunities. Make sure you know what's "out there."

**Can I check my personal social media accounts during field hours?**

In general, your time in field and the resources provided to you in your field placement are to be used for field related matters. Before using social media communication tools on behalf of your agency, be sure to seek approval of any messages or posts. Be careful not to endorse or promote a product, cause or position without prior approval. If you have personal sites, it is best to maintain them on your own time using your own computer.

**I can't find anything in the Code of Ethics that specifically mentions social media, so does that mean the Code of Ethics does not apply?**

**Absolutely not!** The NASW Code of Ethics provides a variety of standards that social workers should consider when engaging in the use of social media. Here are a few examples of the Codes applicability to social media.

Standard 1.06 states that "social workers ***should not engage in dual or multiple relationships***…in which there is a risk of exploitation or potential harm to the client…and social workers…are responsible for setting clear, appropriate, and culturally sensitive boundaries" (1.06c) The Code goes on to note that "dual or multiple relationships can occur simultaneously or consecutively" (1.06c) Our ethical obligations to clients, colleagues and other professionals are no different when using Facebook, Twitter or other social media channels as well as communications via our cell phones such as texting or email.

Standard 1.07(i) states that "social workers ***should not discuss confidential information in any setting unless privacy can be ensured***." We all know there is no such thing as privacy on a social media site or the Internet. Comments can be forwarded or copied, posts and pictures can be found on search engines years after the initial publication, and archival systems save information even after you delete it. Always consider the image you are portraying by the photos and comments you post. Understand how privacy settings work and review them regularly. Refrain from providing too much personal information such as your home address or full birth date. Don't post in advance when you plan to be on vacation or away from home for an extended period of time. Be sure to project the image you want potential faculty members, future employers, advisors and friends to know you by.

Standard 4.03 states that "social workers ***should not permit their private conduct to interfere with their ability to fulfill their professional responsibilities***." Social media channels provide an excellent means to build community; however, as you navigate these channels, do no harm to yourself, your field site, your clients, the School of Social Work or to the social work profession in the process. Do not pretend to be someone else or hide your identity when using social media. Be clear if you are sharing personal views and use good judgment regarding sensitive issues. Verify information before you post it, correct mistakes in a timely manner, and be aware of legal liability issues such as copyright infringement, defamation, and posting proprietary information.

**The Code of Ethics explicitly mentions social media and the recently released Technology Standards also address social media and technology issues. The Technology Standards contain fifty-five specific standards, along with an interpretation of each standard. Here are a few examples of what you will find in the Technology Standards.**

• Standard 2.01: Ethical Use of Technology to Deliver Social Work Services: When providing services to individuals, families, or groups using technology, social workers

Exhibit B 085

shall follow the NASW Code of Ethics just as they would when providing services to clients in person.

- Standard 2.10: Social Media Policy: Social workers who use social media shall develop a social media policy that they share with clients.
- Standard 2.11: Use of Personal Technology for Work Purposes: Social workers shall consider the implications of their use of personal mobile phones and other electronic communication devices for work purposes.
- Standard 3.01: Informed Consent: As part of the informed consent process, social workers shall explain to clients whether and how they intend to use electronic devices or communication technologies to gather, manage, and store client information.
- Standard 3.14: Managing Phased Out and Outdated Electronic Devices: When an electronic device is no longer needed, is phased out, or is outdated, social workers shall take steps to protect their clients, employer, themselves, and the environment.

Also, see https://www.socialworkers.org/includes/newIncludes/homepage/PRA-BRO-33617.TechStandards_FINAL_POSTING.pdf for additional standards regarding social media policies provided by NASW and ASWB.

**What should I do next?**

Take some time to review these guidelines with your Agency Field Instructor and seek to identify other ethical standards that are applicable in your practice setting. As a social work student, you are continually developing a professional identity and you must be cognizant that your private world has a greater likelihood of becoming public when using social media. Agency Field Instructors, colleagues, and even clients may have access to information via the Internet that you would otherwise limit to your friends and families, so we encourage you to consider the personal versus professional role of social media in your life and your field setting.

**Tips to maintain a positive online presence:**

- **Clean up your digital dirt.** Remove any pictures, content, or links that can send the wrong message to employers. Ask yourself, "How do I show up in the world?" Try a Google search on yourself periodically to see what comes up.

- **Remember the internet is public domain.** They are called social networking sites for a reason. It is becoming commonplace for employers to do an online search for candidates before making job offers. A good guideline is to not put anything out on a social networking site that you would not want to see on the front page of the paper.

- **Use social networking sites to your advantage.** Maintain your online profile by portraying an image consistent with how you want to be perceived. Your profile is a way for you to demonstrate to employers your communication skills using proper grammar and spelling. Convey your professional image by choosing your photo and your screen name carefully. Include great references on your profile from a variety of different people to "paint" a positive professional image of yourself.

Exhibit B 086

- **Using social networking sites may not be for you.** If using social media tools is not fun for you and it just feels like more work, that is O.K. These tools are not for everyone. If you are just going through the motions of putting something out there to have a presence, do not do it. Your lack of enthusiasm and lack of passion will show through, and that is NOT the image you want to portray. Your time and energy will serve you better to focus on areas that you believe in.

- **Be thoughtful about your posts.** There is no expectation of privacy when using social media.  Consider what could happen if a post becomes widely known and how that may reflect on both you, the School of Social Work, the practicum agency and/or the University.  Search engines can turn up posts years after they are created, and comments can be forwarded or copied.  If you wouldn't say it at a conference or to a member of the media, consider whether you should post it online.  If you are unsure about posting something or responding to a comment, seek advice from your supervisor, Agency Field Instructor, Faculty Field Liaison, or the Director of Field Education.

*Based in part on guidelines from UNC Chapel Hill, & SJSU

**Effective Use of Supervision:** Students should prepare for supervision meetings in a meaningful way. Students should practice self-reflection and be prepared to share their insights with their Agency Field Instructors. Students should frequently review their learning agreements and monitor their own progress toward learning goals and mastery of social work practice behaviors and competencies. Students should be willing to share challenges, difficulties, and successes they are having in their work with clients with their Agency Field Instructors. Questions students may consider as ways to evaluate their growth and professional development include:

- Do I consistently perform as a competent, confident social worker in stressful situations?
- Do I apply knowledge from the social and behavioral sciences to my work with clients?
- Do I treat clients and colleagues respectfully and demonstrate unconditional positive regard?
- Do I respond empathetically?
- Do I demonstrate imaginative, innovative social work skills?
- Do I use data and knowledge to plan intervention strategies?
- Do I make appropriate referrals to community resources?
- Am I appropriately assertive on behalf of myself? On behalf of my profession? As an advocate for my clients?
- If a social work job was available at my agency, would I be actively recruited for the position?
- Would my supervisor write a highly positive letter of recommendation for me?

<u>**Addressing Challenges & Difficulties in Field**</u>

**Problem Solving Policy:**

**Steps to address student challenges and concerns in field practicum**

The Boise State University School of Social Work is committed to assisting students to maximize their learning opportunities and experiences in a field placement. Issues, concerns and demonstrated difficulties need to be identified and addressed in a professional manner in order to provide resolution and/or corrective actions as necessary. Participation in this process is part of the field practicum learning objectives. Every effort is made to assure that the student's rights to due process are protected, as well as assuring the appropriate protections to agency and client interests. When a concern is identified the following sequence of activities should occur:

A.      **Concerns of the STUDENT about the Agency Field Instructor or Agency**

    1.    The student will address the concerns with the Agency Field Instructor and see if the issues of concern can be worked out directly. Since the power differential between student and Agency Field Instructor can be somewhat intimidating, especially early in the practicum relationship, the student may wish to consult with her/his Faculty Field Liaison to "rehearse" how to approach the Agency Field Instructor for such a discussion.

    2.    If the issue at hand cannot be resolved directly with the Agency Field Instructor, the student will contact their Faculty Field Liaison and consult with him/her regarding potential arrangement of a face-to-face meeting among all concerned. External programs may need to use teleconference or video technology as a more responsive way to meet with rural agencies that may otherwise require significant travel time. Such a meeting will serve to clarify problems, discuss potential solutions, and attempt to develop a plan that will allow the practicum to go forth.

    3.    Should this <u>final</u> approach be unsuccessful, the student, Agency Field Instructor and/or Faculty Field Liaison shall inform the Director of Field Education and all parties shall meet to discuss options available to the student. For external programs a site coordinator will also be involved. If indicated, this meeting may be to arrange termination of the student placement with the agency. Termination of a field placement cannot occur unless the problem-solving process has been fully utilized.

    4.    If appropriate, the Office of Field will work with the Faculty Field Liaison and the student (or external site program coordinator) to identify other placement options. The Office of Field cannot guarantee that a second field option will be available.

B.      **Concerns of the AGENCY FIELD INSTRUCTOR about the student**

    1.    The Agency Field Instructor will address the concerns with the student and see if the issues of concern can be worked out directly. External programs may need to use teleconference or video technology as a more responsive way to meet with rural agencies that may otherwise require significant travel time.  Experience with

Exhibit B 088

such situations indicates that open and clear communication between the student and Agency Field Instructor often alleviates tense or problematic situations.

2.  If the issue at hand cannot be resolved directly with the student, the Agency Field Instructor will contact the Faculty Field Liaison for the placement and consult with him/her about the situation. Often, this sort of strategizing can result in a resolution to the problem.

3.  The Faculty Field Liaison is always available to come to the site to meet face-to-face with the student, Agency Field Instructor, and anyone else deemed appropriate. At this point, an action plan for resolving the issue will be developed and agreed to by all parties.

4.  Should this <u>final</u> approach be unsuccessful, the student, Agency Field Instructor, and Faculty Field Liaison shall inform the Director of Field Education and meet to discuss options available to the student, and if indicated, arrange termination of the student placement with the agency. Termination of a field placement cannot occur unless the problem-solving process has been fully utilized.

5.  If appropriate, the Office of Field will work with the Faculty Field Liaison and the student (or external site program coordinator) to identify other placement options. The Office of Field cannot guarantee that a second field option will be available.

6.  If indicated a student may be referred to the Student Development Committee on Students (COS) to address any concerns.

**Field Performance Improvement Plan:**
https://d25vtythmttl3o.cloudfront.net/uploads/sites/74/files/2012/11/Performance-Improvement-Plan.pdf

**C.**  **Situations in which immediate suspension or termination of a placement is necessary (AGENCY DRIVEN):** In the event that an agency wishes to immediately suspend or terminate a practicum placement due to unprofessional behavior of a student, safety concerns for clients or unethical behavior of students the Agency Field Instructor is requested to:

1.  Contact the Faculty Field Liaison immediately to discuss the circumstances leading to the situation.

2.  The Agency Field Instructor and/or Faculty Field Liaison (or external program coordinator) will then contact the Director of Field Education to inform of the decision to terminate a student.

3.  Inform the student verbally (with written follow-up) the reason for the suspension or termination.

4.  Work with the Faculty Field Liaison to accomplish any follow-up activities or meetings that need to occur in order to appropriately end the placement.

Exhibit B 089

5.    Discuss with the Faculty Field Liaison and Director of Field Education ways in which the situation leading to the termination can be avoided in the future, and how the agency and university can work together to promote social work education.

6.    If appropriate, the Office of Field will work with the Faculty Field Liaison and the student to identify other placement options.  The Office of Field cannot guarantee that a second field option will be available.

7.    Termination from a field placement may result in a grade of F in field, which would disallow the student to continue in the BSW or MSW program.

8.    If indicated a student may be referred to the Student Development Committee on Students (COS) to address any concerns.

**D.    Concerns of the FACULTY FIELD LIAISON about the student**

1.    The Faculty Field Liaison will address any concerns with the student and see if the issues or concerns can be directly worked out.

2.    If the issue at hand cannot be resolved directly with the student, the Faculty Field Liaison will notify the agency and the Director of Field Education of their concerns and a meeting will be arranged to address the Faculty Field Liaison's concerns. External programs shall notify the site coordinator of the concern and include the site coordinator when setting up a meeting with the Director of Field Education.

3.    If appropriate, the Office of Field will work with the Faculty Field Liaison and the student (or external site program coordinator) to identify other placement options. The Office of Field cannot guarantee that a second field option will be available.

4.    If indicated a student may be referred to the Student Development Committee on Students (COS) to address any concerns.

**E.    Concerns of the FACULTY FIELD LIAISON about the agency**

1.    The Faculty Field Liaison will address any concerns with the agency and see if the issues or concerns can be directly worked out.

2.    If the issue at hand cannot be resolved directly with the agency, the Faculty Field Liaison will notify the agency and the Director of Field Education of their concerns and a meeting will be arranged to address the Faculty Field Liaison's concerns. External programs shall notify the site coordinator of the concern and include the site coordinator when setting up a meeting with the Director of Field Education.

3.    If appropriate, the Office of Field will work with the Faculty Field Liaison and the student (or external site program coordinator) to identify other placement options.

Exhibit B 090

F.      **Termination of Students from Practicum**

Practicum history indicates that some students experience significant challenges in the development of professional behavior and identity. Students in field practicum are expected to demonstrate professional behavior, attitude, and demeanor in their practicum agency and in their community. Occasionally, serious situations occur in which students fail significantly to adhere to key professional expectations. Failure to adhere to these professional expectations can result in termination of field practicum and/or removal from the BSW/MSW program.  These professional expectations mandate students to:

1.  Demonstrate respect, empathy, and tolerance with peers, colleagues, and clients;
2.  Utilize an assertive and direct style of communication, both verbally and non-verbally;
3.  Demonstrate an understanding of the student's role within the formalized structure of the organization;
4.  Use established lines of authority appropriately within the organization;
5.  Seek guidance from the student's identified Agency Task Supervisor/Agency Field Instructor and prepare for scheduled supervisory sessions;
6.  Comply with Agency Field Instructor's directives and utilize supervisor feedback;
7.  Dress and act in compliance with Agency protocol;
8.  Respect the principle of confidentiality at all levels within and outside the Agency;
9.  Give precedence to professional responsibilities over personal concerns;
10. Model a strengths-based perspective in professional interactions;
11. Respect and use established protocol as outlined in the practicum manual;
12. Practice in conformance with the NASW Code of Ethics; and
13. Be truthful with information to clients, Agency Task Supervisor, Agency Field Instructor, Faculty Field Liaison, and the Director of Field Education.

14. Follow the Student Professional Conduct and Professional Standards Policy.

G.  The Field Office reserves the right to have a student write a reflective essay regarding concerns that arise in a field setting, or if a student is let go from an agency. The purpose is to help the student to reflect upon the situation and the factors that led up to the situation and ways to consider a professional response to assist with student learning. It's imperative that a student be able to reflect upon his/her behavior as an emerging professional social worker. This will allow the Field Office to better assess a student's readiness for another field placement. The student may be required to do additional field hours should another placement be secured and the additional hours will be at the discretion of the Field Office. The additional hours will assist with orientation and entrance to a new agency to allow time for the student to integrate into a new agency and be able to do demonstrate the field competencies in a practice setting. The Field Office may also develop a Performance Improvement Plan at the student's new field placement to assist the student with being successful. Information may be shared with the new field agency describing the reasons why a student was let go from a previous agency and what the student has done to develop professionally and learn from the previous field placement experience. If

Exhibit B 091

indicated a student may be referred to the Student Development Committee on Students (COS) to address any concerns.


## VIII. Resources for Students

**Self-Care:** Practitioners in helping professions, therapists, case managers, and child welfare workers, often realize that the act of attending to individuals, families, and groups experiencing traumatic events in their lives can lead to diminished well-being of the practitioner's health, both emotionally and physically. In some instances, practitioners may experience burn out, secondary traumatic stress, compassion fatigue, or vicarious trauma. These conditions not only place the practitioner at risk, but also the clients they serve.  It is important that students begin to develop self-care strategies early on as they develop toward being a professional social worker as ways to mitigate the impacts of burn out, secondary traumatic stress, compassion fatigue, or vicarious trauma as a professional.

The most important strategy to prevent these conditions is to employ a triad of psychoeducation, skills training and supervision.  As practitioners gain awareness of indirect trauma exposure hazards, they are better equipped to utilize prevention strategies to reduce risk and increase resiliency.  Participation in self-care groups, balancing caseload, rest, proper nutrition and exercise, and other stress reducing activities are suggestions to prevent indirect trauma.

Professional self-care is a critical component to maintain ethical and professional behavior as well as provide competent services to diverse clientele.  NASW supports self-care programs utilized to strengthen the helping profession and preserve the integrity of work with clients across diverse setting.  Social workers can initiate self-care through policies, evaluations, supervision, and debriefing after stressful events.  Agencies may also employ the use of staff retreats, team building focused on staff rejuvenation, or actively sponsoring healthy lifestyle initiatives within the work environment.  Plans should also include activities that enhance coping mechanisms directly related to the management of the organization and the impact on workforce functioning.

For more information or additional resources about the importance of self-care:

http://proqol.org/

https://socialwork.buffalo.edu/resources/self-care-starter-kit.html

http://www.nctsn.org/resources/topics/secondary-traumatic-stress

Exhibit B 092